UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED**
MAY - 7 2002
KENNETH J. MURPHY, Clerk
CINCINNATI, OHIO

United States of America,
        Plaintiff,

v.

Walter M. Pugh,
        Defendant.

Case No. 02-077-E
(Hogan, M.J.)

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the UNITED STATES OF AMERICA, it is ORDERED that a detention hearing is set for:

_Thursday, May 9, 2002, at 9:30 am_

before the Honorable Timothy S. Hogan, United States Magistrate Judge, in room 701 of the Potter Stewart U.S. Courthouse, 100 East Fifth Street, Cincinnati, Ohio 45202.

Pending this hearing, the defendant shall be held in custody by the United States Marshal, and produced for the hearing.

Date _5/7/02_

bac   May 6, 2002

Timothy S. Hogan
U.S. Magistrate Judge

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.