

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff,

v.   Case No. 02-077-E
(Hogan, MJ)

Walter Pugh,
    Defendant.

### ORDER APPOINTING COUNSEL

The Defendant has filed with this Court a financial affidavit which shows his inability to retain counsel.

Therefore, J. Robert Andrews, Esq., 2662 Madison Road, Cincinnati, Ohio 45202, 513-321-2662, is hereby appointed to represent the Defendant in this matter.

IT IS SO ORDERED.

Date May 7, 2002

Timothy S. Hogan
United States Magistrate Judge

bac   May 7, 2002