# United States District Court  FILED

SOUTHERN   DISTRICT OF   OHIO

MAY - 7 2002
3:51 pm
KENNETH J. MURPHY, Clerk
CINCINNATI, OHIO

UNITED STATES OF AMERICA

V.                                                      **NOTICE**

**Walter Pugh**                          CASE NUMBER:  02-077-E
                                         (Hogan, MJ)

TYPE OF CASE
☐ CIVIL                ☒ CRIMINAL

---

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | Room 701 |
|  | DATE AND TIME |

TYPE OF PROCEEDING

**Detention Hearing before the Honorable Timothy S. Hogan, U.S. Magistrate Judge.**

X  TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESET TO, DATE AND TIME |
|---|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Thursday, May 9, 2002, at 9:30 am | IN TIME ONLY TO 1:30 PM |

KENNETH J. MURPHY, Jr., CLERK
U.S. MAGISTRATE OR CLERK OF COURT

May 7, 2002
DATE

Barbara A. Crum
(BY) DEPUTY CLERK

To:
  J. Robert Andrews, Esq.
  2662 Madison Road
  Cincinnati, Ohio 45202

CC: U.S. Probation Office
    Pretrial Services
    U.S. Marshal's Office
    U.S. Attorney's Office (ATTN: Wende Cross)
    U.S. Attorney's Office (ATTN: Anne O'Leary)

**NOTE: It is the responsibility of Counsel to notify their clients.**

