# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

UNITED STATES OF AMERICA
    Plaintiff,

v.

Walter Pugh,
    Defendant.

Judge _____
Msg. 4986
Journal _____
Issue _____
Dock _____

Case No. ___02-077-E___
(Hogan, M.J.)

**FILED**
MAY - 9 2002 2:38pm
KENNETH J. MURPHY, Clerk
CINCINNATI, OHIO

### CRIMINAL MINUTES before Magistrate Judge Timothy S. Hogan

Courtroom Deputy: **Barbara Crum**
Court Reporter: Linda Mallory, Ace Reporting
Date/Time: **May 9, 2002 @ 1:30 pm**

United States Attorney: T. Oakley for W. Cross    Defendant Attorney: Richard Smith Monahan

*Initial Appearance Hearing on [] Complaint; [] Indictment; [] Information; or [] petition for supervised release*
[✓] Counsel present
[ ] Defendant informed of his / her rights
[ ] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel appointed.

✱ *Detention Hearing:* [✓] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ]narcotic drugs unless prescribed [ ]use of firearms [ ] Travel Restricted to _____

✱ Preliminary Exam Hearing set **5/16/02 @ 1:30 pm**

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____

AUSA Exhibits: _____ Defendant Exhibits: _____

*Arraignment on [] Indictment or [] Information:*
Defendant waives reading of: [ ] Indict    [ ] Info [ ] Indict Read [ ] Info Read
Defendant pleads: [ ] GUILTY [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40).
[ ] Removed to _____
[ ] Probable Cause Found
[ ] Statement of Agent _____

Remarks:

6