# United States District Court

SOUTHERN DISTRICT OF OHIO

FILED
MAY - 9 2002
2:41 pm
KENNETH J. MURPHY, Clerk
CINCINNATI, OHIO

UNITED STATES OF AMERICA

V.

**Walter Pugh**

NOTICE

CASE NUMBER: 02-077-E (Hogan, MJ)

TYPE OF CASE
☐ CIVIL   ☒ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 701 |
| | DATE AND TIME<br>Thursday, May 16, 2002, 1:30 pm |

TYPE OF PROCEEDING

**Preliminary Exam before the Honorable Timothy S. Hogan, U.S. Magistrate Judge.**

X TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESET TO, DATE AND TIME |
|---|---|---|
| | | |

KENNETH J. MURPHY, Jr., CLERK
U.S. MAGISTRATE OR CLERK OF COURT

May 9, 2002
DATE

Barbara A. Crum
(BY) DEPUTY CLERK

To:
   Richard Smith-Monahan, Esq.
   2000 CBLD Center
   36 East Seventh Street
   Cincinnati, Ohio 45202

CC: U.S. Probation Office
    Pretrial Services
    U.S. Marshal's Office
    U.S. Attorney's Office (ATTN: Wende Cross)
    U.S. Attorney's Office (ATTN: Anne O'Leary)

**NOTE:** It is the responsibility of Counsel to notify their clients.