4865
4886
USAO|USMS
USPIS|USPO|CrnL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
KENNETH J. MURPHY
CLERK

2002 MAY 15 PM 3:38

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. |
| | : | |
| vs. | : | CR 1 02 054 |
| | : | **INDICTMENT** |
| | : | 18 U.S.C. §2 |
| WALTER MEADE PUGH, JR. (1) | : | 18 U.S.C. §371 |
| TYREESE DORRAN PUGH (2) | : | 18 U.S.C. §922(g)(1) |
| | : | 18 U.S.C. §924(c)(1)(A)(ii) |
| | : | 18 U.S.C. §2113(a) |
| | : | 18 U.S.C. §2113(d) |

* * * * *

WEBER

THE GRAND JURY CHARGES THAT:

**COUNT 1**
**(18 U.S.C. §371)**

1. Beginning on or about an exact date unknown, and continuing thereafter until and through on or about April 24, 2002, in Butler County, in the Southern District of Ohio, and elsewhere, the defendants, **WALTER MEADE PUGH, JR.** and **TYREESE DORRAN PUGH**, did willfully and knowingly combine, conspire and agree together and with each other to commit an offense against the United States, that is: by force, violence and intimidation, take from the person and presence of another, money belonging to and in the care, custody, control, management and possession of the First National Bank of Southwestern Ohio, 2299 Peck Boulevard, Hamilton, Ohio (hereinafter referred to as "First National Bank"), the deposits of which were then insured by the Federal Deposit Insurance

10

Corporation, and in committing such offense did assault and put in jeopardy the life of another person by the use of a dangerous weapon, to wit, a firearm, in violation of Title 18, United States Code, Sections 2113(a) and (d).

2.   It was the purpose and object of the conspiracy that the defendants, **WALTER MEADE PUGH, JR.** and **TYREESE DORRAN PUGH**, did plan to and did travel to the First National Bank, enter and rob it, brandishing firearms and carrying a bag in which to carry money from the bank.

### OVERT ACTS

In furtherance of the conspiracy, and to effect the objects thereof, there was committed, by at least one of the co-conspirators, in the Southern District of Ohio and elsewhere, at least one of the following overt acts, among others:

1.   On or about April 24, 2002, **WALTER MEADE PUGH, JR.**, having borrowed a 1988 maroon Oldsmobile Cutlass Sierra from a relative, met **TYREESE DORRAN PUGH** in order to drive to and rob the First National Bank.

2.   On April 24, 2002, **WALTER MEADE PUGH, JR.** and **TYREESE DORRAN PUGH** drove to the First National Bank for the purpose of robbing the bank.

3.   On April 24, 2002, at approximately 2:30 p.m., **WALTER MEADE PUGH, JR.** and **TYREESE DORRAN PUGH** entered the First National Bank and announced the robbery. At the time, **TYREESE DORRAN PUGH**,

who was wearing a mask which partially covered his face, was holding a shotgun. **WALTER MEADE PUGH, JR.** was holding a long barreled revolver.

4. On April 24, 2002, upon entering the First National Bank, **WALTER MEADE PUGH, JR.** immediately jumped the teller counter, picked up a trash can, and ordered a victim teller to remove money from the drawers and place it in the trash can.

5. On April 24, 2002, after obtaining money from the cash drawers, **WALTER MEADE PUGH, JR.** grabbed a victim teller by her left arm and forcibly led her to the bank's vault, pointing the long barreled revolver at her body. Once inside the vault, **WALTER MEADE PUGH, JR.** ordered the teller to place the money in the trash can until she was told to stop. Thereafter, he left the victim teller inside the vault and shut the inner door.

6. On April 24, 2002, **WALTER MEADE PUGH, JR.** and **TYREESE DORRAN PUGH**, while in the First National Bank, took approximately $153,189.00 cash from several cash drawers and the vault and placed the money into a trash can.

7. On April 24, 2002, **WALTER MEADE PUGH, JR.** and **TYREESE DORRAN PUGH**, fled the First National Bank with the trash can of money and entered a 1988 maroon Oldsmobile Cutlass Sierra.

8. On April 24, 2002, following the bank robbery, **WALTER MEADE PUGH, JR. and TYREESE DORRAN PUGH** fled with the money stolen

from the bank to Atlanta, Georgia, to avoid apprehension.

All in violation of Title 18, United States Code, Section 371.

### COUNT 2
### (18 U.S.C. §2113(a) & (d))
### (18 U.S.C. §2)

On or about April 24, 2002, in Butler County, in the Southern District of Ohio, the defendants, **WALTER MEADE PUGH, JR.** and **TYREESE DORRAN PUGH**, aiding and abetting each other, did by force, violence and intimidation, take from the person and presence of another, approximately $153,189.00 in money belonging to and in the care, custody, control, management and possession of the First National Bank of Southwestern Ohio, 2299 Peck Boulevard, Hamilton, Ohio, the deposits of which were then insured by the Federal Deposit Insurance Corporation; and in committing such offense did assault and put in jeopardy the life of another person by the use of a dangerous weapon, to wit, a firearm.

In violation of Title 18, United States Code, Sections 2113(a),(d) and 2.

### COUNT 3
### (18 U.S.C. §924(c)(1)(A)(ii))

On or about April 24, 2002, in Butler County, in the Southern District of Ohio, the defendant, **WALTER MEADE PUGH, JR.**, did knowingly use, carry, and brandish a firearm, to wit: a long

barreled revolver, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, armed robbery of the First National Bank of Southwestern Ohio, 2299 Peck Boulevard, Hamilton, Ohio.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

### COUNT 4
### (18 U.S.C. §924(c)(1)(A)(ii))

On or about April 24, 2002, in Butler County, in the Southern District of Ohio, the defendant, **TYREESE DORRAN PUGH,** did knowingly use, carry, and brandish a firearm, to wit: a shotgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, armed robbery of the First National Bank of Southwestern Ohio, 2299 Peck Boulevard, Hamilton, Ohio.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

### COUNT 5
### (18 U.S.C. §922(g)(1))

On or about May 3, 2002, in Hamilton County, in the Southern District of Ohio, the defendant **TYREESE DORRAN PUGH,** having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year as defined by Title 18, United States Code,

Section 921(a)(20), that is Drug Trafficking, in case number CR99-030312, in the Butler County Court of Common Pleas, Hamilton, Ohio, did knowingly possess in and affecting commerce, a firearm, to wit: a Mossberg 12-gauge shotgun, serial number L792549.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

_____
GRAND JURY FOREPERSON


GREGORY G. LOCKHART
UNITED STATES ATTORNEY

_____
RALPH W. KOHNEN
Deputy Criminal Chief