# United States District Court

SOUTHERN  DISTRICT OF  OHIO

United States of America

vs.

Walter Meade Pugh, Jr. (1)

NOTICE

CASE NUMBER: CR-1-02-054
(Weber, Sr. J.)

TYPE OF CASE

☐ CIVIL   ☒ CRIMINAL

☒ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart United States Courthouse<br>5th & Walnut Streets<br>Cincinnati, Ohio 45202 | 701 - 7th Floor |
| | DATE AND TIME |
| | Thursday, May 23, 2002<br>9:30 a.m. |

TYPE OF PROCEEDING

**Arraignment on Indictment**
**before the Honorable Timothy S. Hogan, Magistrate Judge**

☐ TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

KENNETH J. MURPHY, CLERK
U.S. MAGISTRATE OR CLERK OF COURT

May 16, 2002
DATE

(BY) DEPUTY CLERK

To:
Walter Meade Pugh, Jr.
c/o U.S. Marshal's Service
130 Potter Stewart U.S. Courthouse
Cincinnati, Ohio 45202
  w/enc. - Copy of Indictment

J. Robert Andrews, Esq.
2662 Madison Road
Cincinnati, Ohio 45208
  w/enc. - Copy of Indictment

Hon. Timothy S. Hogan, Magistrate Judge
Hon. Herman J. Weber, Senior Judge (w/enc. - Copy of Indictment)
U.S. Marshal's Service
U.S. Probation Department
U.S. Clerk's Office
U.S. Pre-Trial Services
Wende C. Cross, USAO
Terry Moran, FBI (w/enc. - Copy of Indictment)
MJ Docket File

COPY