UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA

-vs-

TYREESE DORRAN PUGH

Case No. CR-1-02-54 (2)

## ORDER APPOINTING
## CRIMINAL JUSTICE ACT COUNSEL

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that Edward Felson, Esquire, is appointed to represent the above named defendant in this case.

**DONE** and **ORDERED** in Cincinnati, Ohio on June 14, 2002.

*/s/ Jack Sherman Jr.*
JACK SHERMAN, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
US Marshal
Probation
United States Attorney Wende Cross
Edward Felson, Esq.