**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-1-02-54-02 |
| Plaintiff, | (Judge Weber) |
| vs. | |
| WALTER M. PUGH, | **NOTICE OF DEFENDANT'S INTENT TO ACT AS HIS OWN ATTORNEY** |
| Defendant. | |

Now comes the Defendant, Walter M. Pugh, and informs this Court that he intends to act as his own attorney in the above-referenced matter. This filing will act as notice of the Defendant's intent to have his appointed counsel, J. Robert Andrews, to act only in an advisory capacity and that he will act in all other ways as his own attorney.

Respectfully submitted,

_____
J. Robert Andrews  (0006931)
Attorney for Defendant
2662 Madison Road
(513) 321-2662
(513) 321-0855 (Fax)

19

## MEMORANDUM

The Defendant, Walter M. Pugh, has informed defense counsel of his intent to act as his own attorney. Counsel believes it is incumbent that he advise the Court of the Defendant's intention, since this will have an impact on how this matter is handled by the Court. Defense counsel has advised the Defendant that this course of action may not be in his best interest, since he is not a licensed practicing attorney. Counsel has additionally informed the Defendant that he will be acting as his own attorney in all respects; however, appointed counsel could advise and aid the Defendant in the preparation of his case.

Defense counsel would suggest to the Court that a hearing be held on this matter to fully advise the Defendant of the consequences of his decision to act as his own attorney.

Respectfully submitted,

J. Robert Andrews  (0006931)
Attorney for Defendant
2662 Madison Road
(513) 321-2662
(513) 321-0855 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice has been served this ___25___ day of June, 2002, upon:

Wendy Cross
U.S. Attorney's Office
221 East Fourth Street, Suite 220
Cincinnati, Ohio  45202

*[signature]*
J. Robert Andrews
Attorney for Defendant