AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

Southern DISTRICT OF Ohio

United States of America
V.
Walter M. Pugh, Jr. & Tyreese Dorran Pugh

**EXHIBIT LIST**

CASE NUMBER: CR-1-02-054(1)&(2)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Herman J. Weber | Wende C. Cross, AUSA | (1): Defendant & Andrews; (2): Felson |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| July 10, 2002 | | Betsi Brockmeier |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 1.1 | | | | | Digital photograph of Bank's exterior |
| 1.2 | | | | | Digital photograph of Bank's exterior |
| 1.3 | | | | | Digital photograph of Bank's exterior |
| 1.4 | | | | | Digital photograph of Bank's interior |
| 1.5 | | | | | Digital photograph of Bank's interior |
| 1.6 | | | | | Digital photograph of Bank's interior |
| 1.7 | | | | | Digital photograph of Bank's interior |
| 1.8 | | | | | Digital photograph of Bank's interior |
| 2. | | | | | Bank Floor Plan |
| 3. | | | | | FDIC Certificate |
| 4.1 | | | | | Still Photograph from Surveillance Tape |
| 4.2 | | | | | Still Photograph from Surveillance Tape |
| 4.3 | | | | | Still Photograph from Surveillance Tape |
| 4.4 | | | | | Still Photograph from Surveillance Tape |
| 5.1 | | | | | Surveillance Videotape (original) |
| 5.2 | | | | | Surveillance Videotape (copy) |
| 6. | | | | | Tettenhorst's Cash Drawer Balance Sheet |
| 7. | | | | | Philpot's Cash Drawer Balance Sheet |
| 8. | | | | | Bank Vault Balance Sheet |
| 9.1 | | | | | Photograph of Maroon 1988 Oldsmobile Cutlas Sierra |
| 9.2 | | | | | Photograph of Maroon 1988 Oldsmobile Cutlas Sierra |
| 10. | | | | | Mossberg 12-gauge shotgun, serial no. L792549 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

| United States of America | | | vs. Walter M. Pugh, Jr. & Tyreese Dorran Pugh | | CASE NO. CR-1-02-054(1)&(2) | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 11. | | | | | Spesco .22 cal. revolver, serial no. 51857 | |
| 12. | | | | | ARM1.F L21 Tanfoglio revolver, serial no. 826420 | |
| 13. | | | | | Latex Glove | |
| 14. | | | | | Brown Case & contents | |
| 15. | | | | | Five (5) Winchester 12-gauge shotgun ammunition | |
| 16. | | | | | Radio Shack Pro-75 Scanner | |
| 17. | | | | | Two (2) Cadillac keys | |
| 18. | | | | | Black Bag & Ammunition | |
| 19. | | | | | Empty Box of Black & Mild Cigars & tip | |
| 20. | | | | | Miscellaneous Papers | |
| 21. | | | | | Certified Conviction of Tyreese D. Pugh | |
| 22. | | | | | Audiotape (Walter Pugh on 5-3-02) | |