UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
KENNETH J. MURPHY

02 JUL -2 PM 12: 17

UNITED STATES OF AMERICA,

    Plaintiff(s),

-vs-

CR-1-02-54-01
CR-1-02-54-02

WALTER PUGH
TYREESE PUGH,

    Defendant(s).

## NOTICE

The above-captioned matter is hereby **REASSIGNED** from the docket of the Honorable Herman J. Weber to the docket of the Honorable **Susan J. Dlott.**

*Arthur Hill*
Arthur W. Hill
Operations Supervisor

27