4819

UNITED STATES DISTRICT COURT B.
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

(W)

UNITED STATES OF AMERICA, case no. CR-1-02-054
                          Plantiff.
                                     (JUDGE DIOTT)
· vs ·
                                     MOTION FOR
WALTER MEAD PUGH. JR.               IN LIMINE
          Defendant.

Now comes Defendant, Walter M. Pugh, Jr., Pro-se,
moves this court not to permit prior bad acts or
wrongs cannot be mention, nor can the Goverment
be allowed to get reference "In through the back door."

                    Respectfully Submitted.

                    x Walter L Pugh.
                    Pro·se
                    900 Sycamore Street
                    Hamilton County Justice Center
                    Cincinnati, Ohio  45202

MEMORANDUM
- Attached -

-MEMORANDUM-

Defendant, Walter M. Pugh Jr., request the court
not to allow the goverment to have Mr. Dixon mention
defendants prior....incarceration, where they first
met.

Defendant, ask this court not to permit such unfair
justice toward his past from any of the goverment's
witness.

Respectfully Submitted.
x _____ pro.se.
900 Sycamore Street
Hamilton County Justice Center
Cincinnati, Ohio 45202

CERTIFICATE OF SERVICE

I hereby certify that a copy of this foregoing was
served upon Wendy Gross, Assistant U.S. Attorney,
211 East Fourth Street, Suite 400, Cincinnati, Ohio 45202
and Attorney E.J. Felson, 36 East 7th Street, Suite 1650
Cincinnati, Ohio 45202, by ordinary U.S. mail or hand
delivery this __23__ day of July, 2002.

x