AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

KENNETH J. MURPHY

02 AUG -1 AM 11:09

UNITED STATES OF AMERICA

V.

WALTER M. PUGH, et al,

Case Number:  CR-1-02-54-①②

District Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that the FINAL PRETRIAL CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse | Room 836 |
| 100 East Fifth Street | DATE AND TIME |
| Cincinnati, Ohio 45202 | WEDNESDAY, AUGUST 21, 2002 at 1:30 P.M. |

SPECIAL INSTRUCTIONS:

This is a change in time only.

Judge 4819
Mag.
Journal
Issue CMTC USM
USP PTS
Docketed

KENNETH J. MURPHY, CLERK

Stephen Snyder
Case Manager
(513) 564-7633

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.

37