UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br><br>WALTER M. PUGH, JR.,<br>Defendant | CASE NO. CR-1-02-054-1<br><br>(Honorable S.J. Dlott)<br><br>DEFENDANT'S TRIAL BRIEF |

Now comes the Defendant, Walter M. Pugh, Jr., Pro-se, in the above stated reason....

Respectfully submitted,
Walter Pugh
Pro-se

39

## Statement of Facts

1). On April 24th, 2002, at 2:21 P.M., it appears from the bank surveillance camera that two (2) unidentified black males robbed the First National Bank of Southwestern Ohio, Hamilton, Ohio...

2). On April 25th, 2002, H.P.D. issued a warrant for the arrest of Walter M. Pugh, Jr., charging him for the above robbery...

On April 29th, 2002, H.P.D. issued another warrant for the arrest of Tyrese D. Pugh, Sr., charging him for the above robbery.....

3). On May 3rd, 2002, in the early hour, Walter Pugh, Jr. was in the car of Ms Kimberly M. Hinton.

4) Mrs. Hinton was driving, Mr. Cortez Renfro, was in the front passenger seat, and the Defendant Walter M. Pugh Jr., was a passenger in the back seat...

5) Mrs. Hinton's vehicle was surrounded with law officials and all three (3) occupants were arrested. Defendant, Walter Pugh Jr. was arrested on the warrant issued by the N.P.D. The other two were arrested on un-related charges...

6) After Walter Pugh, Jr. was arrested, F.B.I. Moran and Det. Calhoun questioned Defendant, Walter Pugh, Jr. concerning the where-abouts of Tyrese Pugh. (in the house)

7). F.B.I. Moran, question Defendant, Walter Pugh Jr., as to if Tyreese Pugh, was asleep, hard sleeper, who was there in the house with him, was he in bed, and where and how do they (arresting officers) reach the bed area he's sleeping in, and did he have a weapon. Defendant responded not to his knowledge. On the above information Tyreese Pugh Sr., was arrested on the warrant issued by the N.P.D., at 11979 Wincanton dr., Cincinnati, Ohio.

(4)

8). Defendant, Walter W. Pugh Jr., contends that an illegal search and seized was conducted. The arresting officers, went down stairs to the basement and searched and seized defendant's Walter Pugh Jr. personal belongings, with out the consent of Walter Pugh Jr. . . . .

See: MOTION to Suppress Evidence.

Respectfully submitted,
Walter W. Pugh Jr.
Pro-se
H.C.J.C.
900 Sycamore St.
Cincinnati, Ohio 45202

Certificate of Service

Hand Delivered to Mrs Wende Cross, on this 21st day of August, 2002.

Walter W. Pugh Jr.