UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, : Case No. CR-1-02-054-1
       Plaintiff           :  (Honorable S.J. Dlott)
   v.                      :
WALTER M. PUGH, JR.,       :  MOTION TO EXTEND TIME
                              FOR FILING DEFENDANT'S
                              RESPONSE TO SUPPRESSION

*Granted to defendant 8/28/02  Susan J. Dlott*

Now comes Walter M. Pugh, Jr., pro-se, in the above styled cause requesting a (10) ten-day continuance to perfect the rebuttal to the U.S. Attorney's opposition brief that was mailed on the 5th of August, 2002 and, received by defendant on August 7th, 2002.

Defendant states that the institution's law library computer has been confiscated and will be return this week and, the computer has the Lexis program and the word processing necessary to complete rebuttal motion...

Respectfully submitted

Walter M. Pugh, Jr.
Pro-se
H.C.J.C.
900 Sycamore St.
Cincinnati, Ohio 45202

Certificate of Service

Hand delivered to Mrs Wendu Cross, on this 21st, day of August, 2002.

Walter Pugh, Jr.
Pro-se