IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED**

AUG 2 1 2002

KENNETH J. MURPHY, Clerk
CINCINNATI, OHIO

UNITED STATES OF AMERICA

vs.                                    Case Number: CR-1-02-54

WALTER M. PUGH

MINUTES: HEARING ON Motion to Suppress and Final Pretrial Conference

Argument of Counsel

Testimony presented by the parties.

Witness called:

    Jim Calhoun    Dir: 1*, 2*, 3*, 4*

Deft to file post hearing brief on motion to suppress.

Final Pretrial Conference held.



Judge 4819
Mag.
Journal
Issue
Docketed

Judge:                Susan J. Dlott

Courtroom Deputy:     Stephen Snyder

Court Reporter:       Betty Schwab, Official

Date:                 August 21, 2002

41