

02SEP-3 AM 8:49

# United States District Court
## Southern District Of Ohio
### Western Division

| | | |
|---|---|---|
| United States Of America | : | Case No. CR-1-02-054 |
| Plaintiff | : | Judge Dlott |
| Vs. | : | **DEFENDANT'S PROPOSED** |
| Walter M. Pugh, Jr. | : | **VOIRE DIRE INSTRUCTIONS** |
| Defendant | : | |

Now comes the defendant, Walter M. Pugh, Jr., Pro Se, hereby proposes the following Voire Dire insructions:

1. Can you relate to facts ?
2. Do you believe a person is innocent until proven guilty ?
3. Do you believe that all Law Enforcement officials always tell the truth under oath ?
4. If perjury is proven on a Law Enforcement Official who was under oath, should their testimony be accepted ?
5. Do you believe that <u>all</u> Government decisions are correct ?

Respecifully submitted,

Walter M. Pugh, Jr.
900 Sycamore St.
Cincinnati, Ohio 45202

47

## Certificate Of service

I hereby certify that a copy of the foregoing was served upon Wendy Cross, hand delivered on this date September 2, 2002.

Walter M. Pugh, Jr.