IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

02 SEP -3 PM 5:22

UNITED STATES OF AMERICA

vs.                                                              Case Number: CR-1-02-54

WALTER M. PUGH


Minutes: Trial to Jury - Day 1

Voir Dire conducted.

Preliminary Jury Charge given.

Opening statements of Counsel

Plaintiff witnesses Called

Witnesses:

    James Connaughton   Dir:   1.1*, 1.2*, 1.3*, 1.4*, 1.5*, 1.6*, 1.7*, 1.8*, 2*
                                         Cross:



Judge:                       Susan J. Dlott

Courtroom Deputy:   Stephen Snyder

Court Reporter:         Betty Schwab, Official

Date:                        September 3, 2002

49

Case 1:02-cr-00054-DB   Document 49   Filed 09/03/2002   Page 2 of 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

No. CR-1-02-54
9-3-2002

CHALLENGES

PEREMPTORY _____

FOR CAUSE _____

| 11 | 12 | 13 | 14 |
|---|---|---|---|
| 007 | 025 | 027 | 040 |
| 030 ▬ | 059 ▬ | 005 | 031 |
| 4 | 5 | 6 | 7 |
| 032 | 060 | 011 | 017 |
| 27 | 020 | 046 | 019 |

(13) and (14) are circled.

32

obj – overruled

| Cause | ΓP | Δ |
|---|---|---|
| 001 | 023* | 032 |
| 014 | 025 | 044 |
| 060 | 034 | 047 |
| 010 | 040 | 043 |
| 012 | 049* | 056 |
| 037 | 053 | 016 |
| 002 | 006 | 004 |
| 022 | | 055 |
| 039 | | ~~?~~ |
| 033 | | 015 |
| | | pass |
| | | 009 |

Serving

~~19~~
~~20~~
24
~~26~~
~~27~~
~~29~~
~~30~~
~~31~~
33
~~35~~
36

14 seated
10 Δ challenges
6 ΓP c1
1
1

CR-1-02-54 USA V. PUGH
JUDGE DLOTT
9/3/2002

| | NUMBER | | CITY | ZIP CODE | |
|---|---|---|---|---|---|
| C | ~~1~~ | 001 | WILMINGTON | 45177 | |
| C | ~~2~~ | 014 | CINCINNATI | 45249 | |
| P1 | ~~3~~ | 023 | CINCINNATI | 45220 · 2 bro in jail (robbery) |
| P1 | ~~4~~ | 032 | BATAVIA | 45103 | |
| C | ~~5~~ | 060 | GREENFIELD | 45123 | |
| | ~~6~~ | ~~011~~ | ~~LOVELAND~~ | ~~45140~~ — No show |
| | 7 | 017 | WEST CHESTER | 45069 | |
| C | ~~8~~ | 010 · | MASON | (45040 — excused perm) |
| | 9 | 057 | CINCINNATI | 45233 | |
| P5 | ~~10~~ | 049 · | CINCINNATI | 45206 | |
| | 11 | 007 | CINCINNATI | 45206 | |
| P2 | ~~12~~ | 025 | MORROW | 45152 | |
| | 13 | 027 | OKEANA | 45053 · bro. convict (drugs) |
| P4 | ~~14~~ | 040 ·? wrk | WILMINGTON | 45177 | |
| C | ~~15~~ | 012 · | MANCHESTER | (45144 — excuse perm) |
| D2 | ~~16~~ | 044 | BATAVIA | 45103 | |
| C | ~~17~~ | 037 | OKEANA | 45053 · bank acct |
| D8 | ~~18~~ | 055 | CINCINNATI | 45207 | |
| D7 | ~~19~~ | 004 | WEST CHESTER | 45069 — may have taught a witness / mother bank acct |
| | 20 | 020 | HILLSBORO | 45133 | |
| C | ~~21~~ | 002 · | WEST CHESTER | (45069 excuse perm) |
| D3 | ~~22~~ | 047 | BLANCHESTER | 45107 · relative in jail (robbery) |
| C | ~~23~~ | 022 | SARDINIA | 45171 — problem w/ guns in room |
| D6 | ~~24~~ | 016 | CINCINNATI | 45233 | |
| C | ~~25~~ | 039 | CINCINNATI | 45208 — Knows Steve Felson, bank acct. |
| D5 | | 56 · | | | |
| D4 | ~~26~~ | ~~043~~ | LOVELAND ✦ | 45140 · nephew (FBI) |
| | 27 | 046 | CINCINNATI | 45242 — Knows Rich Goldberg |
| C | ~~28~~ | 033 · | MIDDLETOWN | 45044 | |
| D | ~~29~~ | 015 ·? | LIBERTY TWP | 45044 — bank acct. |

biopsy (F)

|     |     |       |           |       |                              |
|-----|-----|-------|-----------|-------|------------------------------|
|     | 30  | 019   | HAMILTON  | 45013 |                              |
|     | 31  | 038   | CINCINNATI| 45240 |                              |
|     | 32  | 051 · ? | CINCINNATI | 45233 | surgery follow-up (M) |
|     | 33  | 036   | CINCINNATI| 45255 |                              |
| P3  | 34  | 034   | AMELIA    | 45102 |                              |
| P7  | 35  | 006 · ? | HILLSBORO | 45133 | grandmother - weekly call ins |
|     | 36  | 030   | MILFORD   | 45150 |                              |
| P6  | 37  | 053   | LOVELAND  | 45140 · father - jail       |
|     | 38  | 059   | MILFORD   | 45150 |                              |
| D11 | 39  | 009 · | MILFORD   | 45150 |                              |
|     | 40  | 005   | CINCINNATI| 45219 |                              |
|     | 41  | 031   | MILFORD   | 45150 |                              |

Caused  10 / 41