IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED**
SEP 4  2002
Kenneth J. Murphy, Clerk
CINCINNATI, OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff(s) : | |
| vs. : | Case Number: CR-1-02-54 |
| : | District Judge Susan J. Dlott |
| WALTER M. PUGH : | |
| Defendant(s) : | |

### ORDER

The defendant has subpoenaed three witnesses, Bertha Watson, Curtis Watson and Evelyn Gleton as witnesses for his trial. The Court has previously declared the defendant indigent.

Accordingly, the United States Marshal shall make the necessary arrangements to provide transportation and per diem for each of theses witnesses to appear at trial on Thursday, September 5, 2002.

IT IS SO ORDERED.

Susan J. Dlott
United States District Judge

50