**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SEP 5 2002

KENNETH J. MURPHY, Clerk
CINCINNATI, OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Wende Cross, AUSA, Amul Thapar, AUSA |
| v. | Case Number: CR-1-02-54 |
| WALTER M. PUGH, JR., et. al., | Rob Andrews, Esq.; Steve Felson, Esq.<br>Time: 9:00 AM - 4:45 PM |

MINUTES: TRIAL TO JURY (Day THREE)



Judge 4819
Mag.
Journal
Issue
Docketed

Plaintiff witnesses continued:

| | |
|---|---|
| Stephanie Luster | Dir 10; 17*   Cross: B   Redir   Recross |
| Matthew Wittich | Dir 10   Cross   Redir |
| James Cifuentes | Dir 10,11,11a,12,12a,14,15,16,23-27; Cross 11a, Redor 23<br>Recross; Redir |
| Jim Colwell | Dir 10*, 11*, 11a*,12*,12a*,14*,15*,16*.18*,19*,20*23*,24*,<br>25*,26*,27*; Cross; 10.3; Redirect; Recross |
| Bessie Pew | Direct 9.1*,9.2*, 4.1*-4.4*, Cross, Redirect; Recross |

Charge Conference held

Pltfs witnesses continued.

Trial continued until 9:00 AM on 9/6/02

| | |
|---|---|
| Judge: | Susan J. Dlott |
| Deputy: | Steve Snyder/Vicki Penley |
| Reporter: | Betty Schwab, Official |
| Date: | September 5, 2002 |

53