IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



FILED

SEP 9 2002

KENNETH J. MURPHY, Clerk
CINCINNATI, OHIO

| UNITED STATES OF AMERICA | |
|---|---|
| vs. | Case Number: CR-1-02-54 |
| WALTER M. PUGH | |

Minutes: Trial to Jury - Day 5

Defendant witnesses Concluded

Defendants rest.

Charge Conference held.

Defendants' motion for Ruel 29 acquital - DENIED

Closing Argument of counsel held.

Jury Charged.

Jury deliberated from 3:30 to 5:45 and Sent Home - Deliberations to continue

Matter taken under submission.

Witnesses:

| Jim Calhoun | Dir: UU, VV, BB-4 | Cross: |
| Adrian Jackson | Dir: | Cross: |
| Cortez Renfro | Dir: | Cross: 10, 11, 12 |

Judge:             Susan J. Dlott

Courtroom Deputy:  Stephen Snyder

Court Reporter:    Betty Schwab, Official

Date:              September 9, 2002