IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
SEP 10 2002
KENNETH J. MURPHY, Clerk
CINCINNATI, OHIO

UNITED STATES OF AMERICA

vs.                                          Case Number: CR-1-02-54

WALTER M. PUGH

Minutes: Trial to Jury - Day 6

Jury deliberated from 9:00 to 9:45 and Returned with a verdict.

Verdict of GUILTY on all counts as to both defendants.

Referred to Probation for Presentence Investigation.

Judge 4819
Mag.
Journal
Issue
Docketed

Judge:                Susan J. Dlott

Courtroom Deputy:     Stephen Snyder

Court Reporter:       Betty Schwab, Official

Date:                 September 10, 2002

56