IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

02 SEP 10 PM 12: 59

| | |
|---|---|
| United States of America : | |
| Plaintiff : | |
| : | Case No. CR-1-02-54 |
| v. : | District Judge Susan J. Dlott |
| Walter M. Pugh, Jr. & : | |
| Tyreese D. Pugh : | |
| Defendants : | |

**VERDICT FORM**

September 9, 2002



United States v. Walter M. Pugh, Jr. & Tyreese D. Pugh                    CR-1-02-54

We, the jury, in respect of the charges set forth in the Indictment, do find Defendant Walter M. Pugh, Jr.:

__0__ Not Guilty          __12__ Guilty          on Count 1 as charged in the Indictment
                                                 18 U.S.C. § 371

__0__ Not Guilty          __12__ Guilty          on Count 2 as charged in the Indictment
                                                 18 U.S.C. §§ 2113(a) & (d)

__0__ Not Guilty          __12__ Guilty          on Count 3 as charged in the Indictment
                                                 18 U.S.C. § 924(c)(1)(A)(ii)

We, the jury, in respect of the charges set forth in the Indictment, do find Defendant Tyreese D. Pugh:

__0__ Not Guilty          __12__ Guilty          on Count 1 as charged in the Indictment
                                                 18 U.S.C. § 371

__0__ Not Guilty          __12__ Guilty          on Count 2 as charged in the Indictment
                                                 18 U.S.C. §§ 2113(a) & (d)

__O__ Not Guilty   __12__ Guilty   on Count 4 as charged in the Indictment
18 U.S.C. § 924(c)(1)(A)(ii)

__O__ Not Guilty   __12__ Guilty   on Count 5 as charged in the Indictment ✗
18 U.S.C. § 922(g)(1)

_Edgar B Teets_   _9/10/02_
**Foreperson**            **Date**

_Dan Brown_              _Nancy R. Carroll_

_Judi Stoutberg_         _Richard E. Doss_

_Jamie Mazza_            _Elizabeth E. Kramer_

_Sandra Fields_          _Kelci A. Littlejohn_

_Anda Steinmanis_        _Thomas J Refes_

_Lisa Snyder_