IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.   Case Number: CR-1-02-54

WALTER M. PUGH

CRIMINAL MINUTES: SENTENCING

Defendant appeared with counsel and was sentenced as follows:

Jail term of   137 Months on Counts 1 and 2, concurrent
               84 Months on Counts 3, consecutive to Counts 1 and 2

Conditions/Recommendations:

That the defendant be placed in an appropriate facility in California

5 Years Supervised Release on each Count, concurrent

Assessment: 300        Fine: 0        Restitution: 153,189.00

Interest shall not accrue on any unpaid balances

Defendant is remanded to the United States Marshal

Judge:              Susan J. Dlott

Courtroom Deputy:   Stephen Snyder

Court Reporter:     Betty Schwab, Official

Date:               February 3, 2003