IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff(s) | : | |
| | : | Case Number: CR-1-02-54 |
| vs. | : | |
| | : | District Judge Susan J. Dlott |
| WALTER M. PUGH | : | |
| Defendant(s) | : | |

NOTICE OF APPEAL

Notice is hereby given that WALTER M. PUGH defendant above named, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment entered in this action on February 10, 2003.

Entered by the Clerk, U.S. District Court
Pursuant to Order of the Court.

KENNETH J. MURPHY, CLERK

_____
Deputy Clerk