IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

Case Number: CR-1-02-54-2

TYREESE PUGH

CRIMINAL MINUTES: SENTENCING

Defendant appeared with counsel and was sentenced as follows:

Jail term of 130 Months on Counts 1 and 2. 120 Months on Count 5, all concurrent with each other. 84 Months on Count 4, consecutive to Counts 1, 2 and 5.

Conditions/Recommendations:

>   That the defendant be placed in the closest appropriate facility to Cincinnati, Ohio

>   Participation in the Bureau of Prison's Substance Abuse Treatment Program

>   Mental Health evaluation and/or counseling at discretion of Bureau of Prisons

>   Participation in the Bureau of Prison's G.E.D. Program

>   Participation in an Apprenticeship Program

5 Years Supervised Release

Conditions:

>   Participation in Substance Abuse Program at discretion of Probation Officer

>   Participation in Mental Health Program at discretion of Probation Officer

Assessment: 400        Fine: 0        Restitution: 153,189.00

>   Interest shall not accrue on any unpaid balances

Defendant is remanded to the United States Marshal

Judge:        Susan J. Dlott        Courtroom Deputy:    Stephen Snyder

Court Reporter:    Betty Schwab, Official        Date:        February 3, 2003

71