# TRANSMISSION FORM

| District Court: | Southern District of Ohio, Western Division at Cincinnati | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | CR-1-02-54-02 | Court of Appeals Case No: 03-3243 |
| SHORT CAPTION | | TERESA BERTKE |
| United States of America | | Case Manager: |
| Plaintiff/Petitioner | vs. Tyreese Pugh | Date Filed: |
| Defendant/Respondent | *provide pro se address IF NOT on the docket sheet | FILED FEB 14 2003 LEONARD GREEN, Clerk |
| District Court Judge: | Susan J. Dlott | Anything That Needs Special Attention |
| Court Reporter(s): | Betty Schwab, Julie Wolfer | 4819  SV |
| From Deputy Clerk: | Sheryl Vollmer | |
| Date: | 02/13/03 | |
| $105.00 Appeal Filing Fee Paid? | | NO |

RECEIVED FEB 13 2003 LEONARD GREEN, Clerk

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**   Volume(s)

Deposition(s)   Volume(s)         Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)         **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: _____
United States District Court

2003 FEB 14 PM 1:04
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST DIV CINCINNATI

FILED
KENNETH J. MURPHY
CLERK

76