```
Judge _____
Mag. _____
Journal _____
Issue _____
Docketed _____
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CRIMINAL NO. CR-1-02-054-1 |
| -vs- | : | **Arraignment on Indictment** |
| WALTER MEADE PUGH, JR., | : | Thursday, May 23, 2002 9:34 a.m. |
| Defendant. | : | Cincinnati, Ohio |

- - -

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE TIMOTHY S. HOGAN, MAGISTRATE JUDGE

- - -

For the Plaintiff:   Wende C. Cross, Esq.
                     Assistant United States Attorney
                     221 East Fourth Street, Suite 400
                     Cincinnati, Ohio  45202

For the Defendant:   J. Robert Andrews, Esq.
                     Schuh & Goldberg, LLP
                     2662 Madison Road
                     Cincinnati, Ohio  45208

Court Reporter:      Julie A. Wolfer, RDR, CRR

- - -

Proceedings recorded in stenotype.
Transcript produced using computer-aided transcription.

```
 1                          PROCEEDINGS
 2        (In open court at 9:34 a.m.)
 3            MS. CROSS:  The next matter is United States of
 4   America versus Walter Meade Pugh, Jr., Criminal Number
 5   CR-1-02-054-1.
 6            MR. ANDREWS:  Good morning, Your Honor.
 7            THE COURT:  Good morning.
 8            MR. ANDREWS:  We'd waive formal reading of the
 9   indictment, enter a plea of not guilty.
10            THE COURT:  Not guilty for Mr. Pugh.
11        The case is referred to Judge Weber.
12            THE DEFENDANT:  I've never seen the indictment.
13            MR. ANDREWS:  I'll give you a copy for yourself.
14        (Proceedings concluded at 9:34 a.m.)
15                              - - -
16
17
18                         C E R T I F I C A T E
19        I, Julie A. Wolfer, the undersigned, do hereby
20   certify that the foregoing is a correct transcript
21   from the record of the proceedings in the above-entitled
22   matter.
23
24                         _____
                           Julie A. Wolfer, RDR, CRR
                           Official Reporter
25
```