1         Anybody else?

2         All right. Is there any reason, other than what

3   I have already heard from you, in your mind why you cannot

4   hear and consider the evidence and render a fair and

5   impartial verdict?

6         Okay. Can you take the law as the Court

7   instructs you without any reservation whatsoever and apply

8   the facts to the Court's instruction on the law? If you

9   can't do this, please hold up your hand.

10        And what I'm saying by this is you're going to be

11  the triers of the fact. You're the judges of the fact.

12  The Court is going to give you the instructions on the law.

13  Does anybody have a problem with that, accepting what the

14  Court gives you as the instructions on the law?

15        If you're selected as a juror in this case, can

16  you extend the presumption of innocence to the defendants?

17  That is, can you presume the defendants are innocent of the

18  charges unless and until guilt is established by proof

19  which convinces you beyond a reasonable doubt? If anybody

20  can't do this, please hold up your hand.

21        Does any prospective juror feel bias or prejudice

22  because the defendants have been charged by indictment with

23  offenses against the United States?

24        Has any prospective juror formed or expressed any

25  opinion as to the guilt or the innocence of the defendants?

```
1              Although the defendant Walter Pugh has the
2    constitutional right to be represented by counsel, he has
3    exercised his constitutional right not to be represented by
4    counsel and to represent himself in this proceeding.  Does
5    anyone have a bias for or against Defendant Walter Pugh or
6    the government in this case because Walter Pugh has chosen
7    to represent himself?
8              Does any panel member have a transportation
9    problem that you previously haven't told the jury
10   commissioner about?
11             Okay.  Let me take down your numbers, and we will
12   talk with you about that in a few minutes.
13             Yes, sir, can I have your number?
14             A PROSPECTIVE JUROR:  012.
15             THE COURT:  I'm sorry?
16             A PROSPECTIVE JUROR:  012.
17             THE COURT:  Okay.  Thanks.
18             And I saw another hand.
19             A PROSPECTIVE JUROR:  033.
20             THE COURT:  033.
21             Okay.  Anybody else with transportation problem?
22             Okay.  Does anybody have any medical or
23   disability problems, such as difficulty hearing, walking or
24   seeing, or do you have any kind of medical problem that
25   could affect your service on the jury?
```

1          A PROSPECTIVE JUROR:  012.

2          THE COURT:  Okay.  We will talk to you about that

3    in a minute, too.  Thank you, sir.

4          Anybody else that I haven't got?

5          Yes, ma'am?

6          A PROSPECTIVE JUROR:  014.

7          THE COURT:  014.  Got you.  Okay.  We'll talk to

8    you in just a minute.  Let me get the numbers of these

9    folks.

10          A PROSPECTIVE JUROR:  002.

11          THE COURT:  Did you say 002?

12          A PROSPECTIVE JUROR:  2.

13          THE COURT:  Okay.  Okay.  And you're --

14          A PROSPECTIVE JUROR:  022.

15          THE COURT:  Okay.  Yes, ma'am?

16          A PROSPECTIVE JUROR:  039.

17          THE COURT:  Okay.  Anybody else?

18          The Court estimates that the trial will last four

19    days.  Does any panel member have any immediate family or

20    personal reason or situation that persuades you that you

21    cannot serve as a juror during this period and give your

22    undivided attention to the case?

23          You're --

24          A PROSPECTIVE JUROR:  010.

25          THE COURT:  Okay.  Anybody else?

1              I have got you, sir.  You're 001.

2              A PROSPECTIVE JUROR:  Yes.

3              THE COURT:  Okay.  Anyone else in the back here?

4              A PROSPECTIVE JUROR:  040.

5              THE COURT:  040.  Okay.

6              Yes, ma'am?

7              A PROSPECTIVE JUROR:  015.

8              THE COURT:  And --

9              A PROSPECTIVE JUROR:  051.

10             THE COURT:  What row are you in?

11             A PROSPECTIVE JUROR:  Third.

12             THE COURT:  Oh, there you are.  Yes, ma'am?

13             A PROSPECTIVE JUROR:  006.

14             THE COURT:  006.  Anybody else?

15             All right.  I'm almost done.

16             Finally, this is the last question.  Can any of

17   you think of any matter that you should call to the Court's

18   attention that may have some bearing on your qualifications

19   as a juror or that, even to the slightest degree, may

20   prevent your rendering a fair and impartial verdict based

21   solely upon the evidence and my instructions as to the law?

22   Anything I have failed to ask that you think may be of some

23   import?

24             All right.  At this point, I think we will take a

25   recess except for -- actually, the recess will be for

1   everybody to go up to the jury room, Steve, except for

2   numbers -- if I miss somebody, tell me -- number 014, 010,

3   040, 012, 002, 022, 033, 015, 051, 006, and 009.

4           Did I miss anybody?  And 001.  I'm sorry.  Wait.

5   And 039.  Everybody hear that?

6           Yes, sir?

7           MR. ANDREWS:  And 040.

8           THE COURT:  Just wanted to mark it off.  Do you

9   want me to go through it one more time just in case?  I'll

10  do it once more just in case you didn't hear it.

11          14, and these are the -- I'm leaving the 0 off

12  the front.  14, 10, 40, 12, 2, 22, 39, 33, 15, 51, 6 and 9,

13  and 001.  Number one, I'm sorry.  I keep forgetting one.

14  Okay.  All right.

15          The rest of you I'll ask to please go up to room

16  917, and you will probably be there for about 45 minutes,

17  for about 45 minutes.  And then we will be able to tell you

18  who we have selected.

19          (Members of the jury panel leave the courtroom.)

20          THE COURTROOM DEPUTY:  Anyone who is asked to

21  stay, if you will please step back in this room back here,

22  please.

23          For the record, one of the marshals has advised

24  us that the juror in the 9th seat --

25          DEPUTY MARSHAL NIEMER:  Juror 057.

```
1                    THE COURT:  -- teaches his daughter.

2                DEPUTY MARSHAL NIEMER:  Ballet.

3                THE COURT:  I don't know if you want me to

4    inquire at all about that.  Nobody has a feeling?

5                Okay.  All right.  And Mr. Snyder informed me

6    that juror number 03, the who was down there in the second

7    row, is a diabetic, and she had to take her blood at 10 of,

8    and she has got to eat -- I just inquired -- she has got to

9    eat by 12:30.

10               I think we will talk to her first, because she

11   apparently is happy to serve, but I want to find out what

12   kind of difficulties we will have with her being a

13   diabetic, because it sounds like she's a pretty severe

14   diabetic, and, if it requires us taking a whole lot of

15   breaks and everything, I'm concerned about that.  So why

16   don't we talk to her first, and then we can let her go get

17   something to eat.

18               (Juror 039 present.)

19               Good morning again.

20               A PROSPECTIVE JUROR:  039.

21               THE COURT:  Mr. Snyder informed me that you're a

22   diabetic and that you have to take your blood and eat

23   within a certain amount of time.  And we appreciate very

24   much your wanting to serve.

25               I guess the question I have for you is I have
```

```
 1    told you what the schedule is.  We start about nine.  We
 2    take a 15-minute break mid-morning.  We take an
 3    hour-and-a-half break for lunch and another mid-afternoon
 4    break, recess between 4:30 and five.  Can you tell me how
 5    you think that might affect your schedule with your
 6    medication?
 7              A PROSPECTIVE JUROR:  I would like to say it
 8    would be no problem.  I don't even have in my wallet that
 9    I'm diabetic because I try not to even think about it, but
10    the past -- I'm pretty diabetic.  So last week several days
11    my blood went to 35, and I had to go to bed, drink orange
12    juice, and then it would go up to like 400.  And I have
13    always wanted to serve on a jury, and I just don't know how
14    anybody would react if I had to stop and drink orange juice
15    and go to bed, because I become so -- I'm very regimented,
16    and insulin doesn't always help, and that's just --
17              THE COURT:  I appreciate that.  Let me ask you
18    this.  It's not drinking the orange juice, but it's going
19    to bed.
20              A PROSPECTIVE JUROR:  Because it leaves you kind
21    of -- I don't know if anybody is familiar with it, but,
22    when your blood goes down that low, you're not in full
23    control of what's going on.
24              THE COURT:  Okay.
25              A PROSPECTIVE JUROR:  And it might not.  It might
```

```
 1    be just perfect.  I have no control over that.
 2              THE COURT:  Anything counsel wishes to ask in
 3    this regard?
 4              MR. FELSON:  When is the last time it happened?
 5              A PROSPECTIVE JUROR:  I have got my machine here.
 6    Last week, from 35 to 450.
 7              THE COURT:  Okay.  Thank you.  I think you can go
 8    ahead and eat.  I know --
 9              A PROSPECTIVE JUROR:  I'll take my shot, and then
10    I'll eat.
11              THE COURT:  Are you going to eat here?  Did you
12    bring something with you?
13              A PROSPECTIVE JUROR:  No.
14              THE COURT:  I tell you what.  We're going to be
15    probably 45 minutes.  You know what?  I have a better idea.
16    Let me talk to counsel about you, and then we may even have
17    a decision.
18              (Prospective juror 039 leaves.)
19              THE COURT:  Counsel, my inclination is to excuse
20    her for cause.  As much as she wants to be a juror and it
21    looks like she would certainly be a good one, I am
22    concerned about a juror who as recently as last week had to
23    go to bed, because, if that happens, we have got to stop
24    the trial.
25              MR. FELSON:  Actually, we will have an alternate.
```

```
 1              THE COURT:  But I don't want to start a trial
 2    knowing that we could lose one of our alternates right
 3    away.
 4              MR. FELSON:  I understand.  My only concern is
 5    she's a diabetic, yes, but she wants to serve.  And that is
 6    a disability of some sort, but certainly she wants to
 7    serve, and I hate being sort of, I guess, the one that says
 8    diabetics shouldn't serve.
 9              THE COURT:  I'm not saying a diabetic shouldn't
10    serve.  I'm saying, because her diabetes flared up within
11    the last week and she had to go to bed, that we will have
12    to stop the trial if that occurs.
13              MR. FELSON:  I wouldn't have any problem if you
14    want to get her off for cause.
15              THE COURT:  From the government, any objection
16    for excusing her for cause?
17              MS. CROSS:  No objection.
18              THE COURT:  The Court is going to excuse juror
19    number 39 for cause.
20              Steve, you want to tell her she can leave?
21              THE COURTROOM DEPUTY:  She's taking her shot now.
22    I'll call the next one.
23              THE COURT:  Tell her the Court appreciates very
24    much her willingness to serve.
25              Actually, number one -- let me go over with
```

1   you -- let me go over with you who I intend to excuse for
2   cause, because a couple of those folks are back in the room
3   there, and there really wouldn't be any need to question
4   them.

5           Actually, I was going to excuse number one for
6   cause.   He was the one that started giving us the speech
7   about the thousands dollar loss and was angry about being
8   here, and I just don't think nobody with that attitude is
9   going to be able to be fair and impartial and have an open
10  mind.   Anyone disagree with that?

11          All right.   Number one is excused for cause.   And
12  we can -- you can have him leave the room as well, Steve.

13          Number 060 is the fellow who's wife was a teller,
14  a bank teller, and he said, again, he said that it would be
15  difficult for him to hear evidence in a bank robbery case,
16  that he didn't feel he could be fair and impartial about
17  it.   I'm going to excuse him for cause.   Any objection to
18  that?

19          All right.   Number 037, which is on your list
20  number 17, he's the prospective juror whose father and
21  brother-in-law were members of the Hamilton Police
22  Department and also felt that he couldn't be fair.   The
23  Court is going to excuse him for cause.   That was 037,
24  which is number 17 on everybody's list.

25          And number 23 on your list, which is actually

```
 1    022, that is the gentleman -- he was in the first row here
 2    in the back.  He's the fellow who says that he's got the
 3    brother in federal prison and he's got the anxiety when he
 4    sees a gun, says he would have an anxiety attack.  I'm
 5    going to excuse him for cause.  I don't want to cause
 6    anyone to have an anxiety attack in the courtroom.
 7              We have already talked about number 25, which is
 8    039.  That's our juror just now who's the diabetic.  She's
 9    excused for cause.
10              Those are all the ones I have for cause at this
11    time.
12              So, Steve, I think you can have 001 leave, and
13    you can have 022 leave now, and we can go ahead and excuse
14    039.  And you can bring out 14, which is number two on your
15    list.  We'll bring out 14.
16              Do you want to borrow one of those books?
17              MR. ANDREWS:  No.  I was passing some time
18    reading the Batson challenge area.
19              (Prospective juror 014 is present.)
20              THE COURT:  Hi.  You are number 014, which is
21    number two.  And I apologize.  All I marked down is that
22    you responded positively to one of the questions.  Can you
23    tell me what it was?
24              A PROSPECTIVE JUROR:  About medical reasons.
25              THE COURT:  Can you tell me?
```

1        A PROSPECTIVE JUROR:  I have a test on Friday for

2    a potentially life threatening disease.

3        THE COURT:  Okay.  All right.  It appears to me

4    that your mind, it's going to be difficult for you to

5    concentrate on what's going on here in the courtroom.

6        I propose to excuse this juror for cause.

7        MR. FELSON:  No objection.

8        MS. CROSS:  No objection.

9        DEFENDANT WALTER PUGH:  No objection.

10       THE COURT:  We appreciate your willingness to

11   serve, and good luck on Friday.

12       A PROSPECTIVE JUROR:  Thank you.

13       (Prospective juror 014 leaves the courtroom.)

14       (Prospective juror 010 is present.)

15       THE COURT:  This is number 8, which is 010, ten.

16       Yes, ma'am?

17       A PROSPECTIVE JUROR:  I have a major issue with

18   child care is my reason.

19       THE COURT:  Okay.  And what is that?  What is the

20   child care problem?

21       A PROSPECTIVE JUROR:  I have no one to watch my

22   two year old.  That's why he's with me here today.

23       THE COURT:  Did you get the letter from the jury

24   commissioner?  When you got the packet to fill out and it

25   said that if you -- if there is any reason why you can't

```
 1    serve --

 2              A PROSPECTIVE JUROR:  I had an issue back on May

 3    30.  My children, I was called before, and, when I called

 4    in, she said the only thing I could do was request for a

 5    postponement.  My children were just out of school.  I have

 6    two older ones, but they can get on the bus themselves.  So

 7    the postponement was until now.  But I have no one to watch

 8    the baby unless I enroll him in daycare and pay a

 9    substantial amount of money.  That's just our issue, my

10    issue.

11              THE COURT:  And what she told you was that you

12    could only get a postponement?

13              A PROSPECTIVE JUROR:  Yes.  Yes, that was it.

14              THE COURT:  The Court is going to excuse you for

15    cause.

16              A PROSPECTIVE JUROR:  I appreciate it.

17              THE COURT:  Your child is upstairs?

18              Where is her child?

19              A PROSPECTIVE JUROR:  With a stranger.

20              THE COURTROOM DEPUTY:  Her husband is supposed to

21    be on his way.

22              A PROSPECTIVE JUROR:  My husband is now on his

23    way after all that.  Where is that deputy?  Up at 917 where

24    she was?

25              THE COURT:  You can go and collect your child.
```

```
1    I'm going to excuse you.
2              How old are your kids?
3              A PROSPECTIVE JUROR:  13, nine, and he is two.
4              THE COURT:  So you have nobody to take care of
5    your two year old?  You're permanently excused.  I'm
6    permanently excusing you from the panel.
7              (Prospective juror 010 leaves.)
8              Next one would be 040, which is number 14 on your
9    list.
10             (Prospective juror 040 present.)
11             THE COURT:  Hi, sir.  All I put down was that you
12   had something you responded positively to one of the
13   questions, but I don't know which one.
14             A PROSPECTIVE JUROR:  Okay.  Basically, you asked
15   if we had any problem.  I own a small business, and I work
16   about 15 hours a day, and I have no problem being on the
17   jury, but I have to work every night to be able to do it,
18   and I just don't know getting back and forth, being awake
19   is going to be real tough.
20             THE COURT:  Did you get the packet from the jury
21   commissioner that came out where you filled out the
22   questionnaire and everything?
23             A PROSPECTIVE JUROR:  My wife probably filled it
24   out.  I work so much, I think I didn't.  I signed it, but
25   that's about it.
```

```
1              THE COURT:  Included in this packet is, if there
2    is a reason why you can't serve, all you needed to do was
3    send a letter in asking that you be excused.  The problem
4    is when you don't do this, because I excused a number of
5    people.  If I had got a letter telling me what you just
6    said, I would have excused you.  But the problem is now
7    that we only called in a certain number of jurors.  We try
8    not to inconvenience a lot people.  But we depend on those
9    folks who get called in that haven't asked previously to be
10   excused in the count of people.
11             And I have a problem excusing you at this point,
12   because, you know, we're -- our numbers are such that, you
13   know, you may have to serve.  I advise you next time, if
14   you ever get a questionnaire again, please take a look at
15   it, you know, and send a letter in, and you will get
16   excused.
17             A PROSPECTIVE JUROR:  I didn't know on federal
18   you could.
19             THE COURT:  I appreciate you telling us about it.
20   Thank you.
21             (Prospective juror 040 leaves.)
22             THE COURT:  Any comments on that juror?  Anyone
23   want him excused for cause, or you want to leave him on?
24             MR. FELSON:  It's a hardship for everybody,
25   Judge.  And I agree with you.  I might kick him off for
```

```
 1   peremptory, but, as far as that being the reason for
 2   cause --
 3             THE COURT:  Ms. Cross?
 4             MS. CROSS:  We don't have any objection, Your
 5   Honor.  We defer to the Court.  We were not going to strike
 6   him, so we would just defer to the Court.
 7             THE COURT:  Let's see.  I'll tell you, let's see
 8   how many more we have for cause.  If we have got enough
 9   left for peremptories, then I think I'll probably excuse
10   him only because -- the reason I give them that speech is
11   he should have sent in a letter.  On the other hand, if
12   somebody is not happy being a juror and they're distracted,
13   I don't think they're going to be the best juror in the
14   world.  You know, if they're sitting here not wanting to be
15   here, they may not be paying attention to the evidence like
16   they should.  So, if we have got enough people left after
17   we finish these folks, I will excuse him for cause.  If we
18   don't, we'll keep him on.
19             Okay.  Let's see number 012, which would be
20   number 15 on our list.
21             (Prospective juror 012 present.)
22             THE COURT:  Hi, sir.  Okay.  You responded
23   positively to the question on transportation.  What kind of
24   transportation problem do you have?
25             A PROSPECTIVE JUROR:  My car is not too good.
```

```
1                    THE COURT:  Your what?
2                    A PROSPECTIVE JUROR:  My car is not too good, oil
3    plugs up and motor.
4                    THE COURT:  You're coming from Manchester?
5                    A PROSPECTIVE JUROR:  Ma'am?
6                    THE COURT:  Do you have difficulty hearing?
7                    A PROSPECTIVE JUROR:  Just, you know, a big room
8    like that awhile ago, but I can do pretty good if I'm near
9    someone, you know.
10                   THE COURT:  Can you sit down again?  Would you
11   sit there in the jury box?
12                   Mr. Pugh, Walter, will you ask Steve-- have a
13   seat.  You want to ask Steve what his name is?
14                   DEFENDANT W. PUGH:  Sir, what is your name and
15   juror number, sir?
16                   THE COURT:  Could you hear that?
17                   DEFENDANT W. PUGH:  Sir, what is your juror
18   number and name?
19                   A PROSPECTIVE JUROR:  012.
20                   DEFENDANT WALTER PUGH:  Excuse me?
21                   A PROSPECTIVE JUROR:  012.
22                   THE COURT:  What kind of -- how far is it from
23   Manchester?
24                   A PROSPECTIVE JUROR:  I couldn't hear.  Repeat
25   that again.
```

```
1              THE COURT: Are you having trouble hearing me?
2              A PROSPECTIVE JUROR: A little bit.
3              THE COURT: How far a drive is it from
4    Manchester, from where you live, to the courthouse?
5              A PROSPECTIVE JUROR: Oh, you mean down here?
6              THE COURT: Yes.
7              A PROSPECTIVE JUROR: About 80 miles.
8              THE COURT: Eighty miles, and you have difficulty
9    with your car?
10             A PROSPECTIVE JUROR: Yes. I don't go on very
11   many long trips. I drove down here today with the guy I
12   work for, the foreman. I told him I didn't want to trust
13   that car and told him I'd hate to burn it out. He's
14   waiting on me now down below.
15             THE COURT: He's waiting on you. Thank you, sir,
16   I appreciate it.
17             A PROSPECTIVE JUROR: Where do I go?
18             THE COURT: We appreciate your coming. What I'm
19   going to do, I think, because you've got a little bit of a
20   hearing problem and your problem with transportation, I'm
21   going to excuse you from the jury.
22             A PROSPECTIVE JUROR: All right. I'm sorry I got
23   that, but, you know, I just, you know --
24             THE COURT: I understand, and we appreciate your
25   coming today. Thank you very much.
```

1            (Prospective juror 012 leaves.)

2            THE COURT:  That was 12.  I have excused 12 for

3   cause.  I think he was willing to serve, but I think he did

4   have a hearing problem if he couldn't hear me from here to

5   the jury box.  I don't think he would have been a real good

6   juror if he couldn't hear the evidence.

7            Okay.  Next would be number 21 on the list, which

8   would be 002.

9            (Prospective juror 002 present.)

10           THE COURT:  Good morning again.

11           A PROSPECTIVE JUROR:  Good morning.

12           THE COURT:  Speak up, please.  Okay.  I know you

13  responded positively to one of my questions, but I'm not

14  sure which one.  What kind of problem do you have?

15           A PROSPECTIVE JUROR:  Okay.  I'm hard of hearing,

16  and I need -- I wear a hearing aid, but I need to be able

17  to see the person in order to completely hear, I mean see

18  as well as hear.  Anybody speaking -- I can't hear

19  whispers.  If there is a lot of noise, I can't hear what's

20  going on.

21           THE COURT:  Okay.

22           A PROSPECTIVE JUROR:  Also, I have lymphedema

23  which is a result of cancer, and I have bladder problems.

24           THE COURT:  We appreciate very much your

25  willingness to serving and your showing up.  Can you hear

```
 1  me?
 2              A PROSPECTIVE JUROR:  Yes.  Sort of.
 3              THE COURT:  But, as you know, it's really
 4  important that jurors hear all of the evidence, and I
 5  appreciate your telling me about the problems, and, as much
 6  as I would like to have you as juror, I feel it may not be
 7  fair to the parties, because you may not be able to hear
 8  everything.  So I'm going to excuse you, and I'm going to
 9  excuse you personally from the jury panel.
10              A PROSPECTIVE JUROR:  So I don't have to call in
11  again?
12              THE COURT:  Right.  You don't have to call in
13  anymore.  And we appreciate your coming here today.  You're
14  all done.
15              A PROSPECTIVE JUROR:  Thank you.
16              (Prospective juror 002 leaves.)
17              THE COURT:  Next one I have got is 033.  Next one
18  is number 28, which is 033 on the list.
19              (Prospective juror 033 present.)
20              THE COURT:  Good morning, sir, again.
21              A PROSPECTIVE JUROR:  Good morning.
22              THE COURT:  You responded positively to one of
23  the questions I asked, and you said you wanted to give your
24  answer in private.
25              A PROSPECTIVE JUROR:  Yes, ma'am.
```

```
1              THE COURT:  Can you tell us, I'm not sure which
2    question you responded to or what you want.
3              A PROSPECTIVE JUROR:  Prejudice.
4              THE COURT:  About what?
5              A PROSPECTIVE JUROR:  Prejudice.  I'm prejudiced.
6              THE COURT:  Prejudice.  Oh, okay.
7              A PROSPECTIVE JUROR:  My youngest daughter --
8              THE COURT:  Let me ask you this.  Are you
9    prejudiced against people of color?
10             A PROSPECTIVE JUROR:  Yes.
11             THE COURT:  Okay.  As a result of that prejudice,
12   do you feel that you could not be a fair and impartial
13   juror in this case?
14             A PROSPECTIVE JUROR:  No, I could not be.
15             THE COURT:  You could not be.  All right.  You're
16   excused.  Thank you.
17             (Prospective Juror 033 leaves.)
18             THE COURT:  I assume that you would have objected
19   to him.  Would that be a fair assumption?
20             MR. ANDREWS:  Actually, our observation would be
21   maybe it would be even.  We have two white people on our
22   side, and they only have one white person.  So maybe it
23   would work out to our benefit.
24             THE COURT:  Next is 15, who is 29 on your list.
25             (Prospective juror 015 present.)
```

1          THE COURT:  Good morning again.

2          A PROSPECTIVE JUROR:  Hi.

3          THE COURT:  Hi.  You responded to us you had some

4   kind of problem, but I can't remember what.

5          A PROSPECTIVE JUROR:  My husband has to have a

6   biopsy done this Friday.  So I have to be there to take him

7   and pick him up, but that's this Friday.  I wasn't sure

8   when everything would start.

9          THE COURT:  I don't think we're going to be done

10  by then.  I'll tell you what.  I need to see how many

11  jurors I have got left, so I'm going to ask you to remain

12  for the time being.  If you do end up on the panel and

13  aren't able to make any other arrangements, then we just

14  may have to recess for that day.

15         A PROSPECTIVE JUROR:  I feel bad.

16         MR. FELSON:  Just to remind you, Dr. Fularo is

17  coming in and intending to testify on Friday.

18         THE COURT:  All right.  Let's see.  All right.

19  Let me see how many jurors I have got.  Okay?

20         A PROSPECTIVE JUROR:  Okay.

21         MR. FELSON:  I didn't check him for the following

22  week, so maybe I will do that when we get to the break.

23         THE COURT:  All right.  We will see how it goes.

24  Thank you.

25              (Prospective juror 015 leaves.)

1          THE COURT:   Next will be on your list 23, number

2    051.

3                (Prospective juror 051 present.)

4                THE COURT:   Hi.

5                A PROSPECTIVE JUROR:   Hi.

6                THE COURT:   I know you responded positively to

7    one of the questions, but I'm not sure what the question

8    was.

9                A PROSPECTIVE JUROR:   It was that the case, you

10   were predicting about four days for it, and so I figured --

11   I didn't know if that would carry over into Monday of next

12   week.

13               THE COURT:   It's possible.   We can never predict

14   exactly, when we start these cases, exactly how long

15   they're going to take and when it will go to the jury or

16   how long the jury will deliberate.   So it can run into

17   early next week, into Monday.

18               A PROSPECTIVE JUROR:   I have two appointments

19   back to back on Monday.   I had surgery six months ago.

20   It's follow-up with two doctors.   So it's just I waited to

21   where I could get a day where they both coincide back to

22   back, you know.   So I just didn't know if that would be a

23   problem if it carried over into Monday.   Other than that,

24   it's not a problem.   It's Monday morning at 9:30 up at the

25   hospital.

1         THE COURT:  How long do you think they would
2    take?
3         A PROSPECTIVE JUROR:  The one appointment, I know
4    the first one does not take long, probably about 20 minutes
5    or something.  But again it's up at the hospital.  And
6    then, when I'm done there, I go to the surgeon that, you
7    know, the one who performed the surgery.
8         THE COURT:  Are they all located in the same
9    place?
10        A PROSPECTIVE JUROR:  They're at Good Samaritan
11   Hospital starting at 9:30.
12        THE COURT:  What time is your second appointment?
13        A PROSPECTIVE JUROR:  I go immediately following.
14   So I would say by ten o'clock I would probably be seeing
15   him.
16        THE COURT:  Thanks for letting this be known.
17             (Prospective juror 051 leaves.)
18        THE COURT:  Number 006, which is number 35 on
19   your list.
20             (Prospective juror 006 present.)
21        THE COURT:  Hi.
22        A PROSPECTIVE JUROR:  Hi.
23        THE COURT:  You responded to there was some
24   problem.
25        A PROSPECTIVE JUROR:  Yes.  My grandmother who

1    raised me, she's in a nursing home.  She has cancer.  And

2    it's like every week they call the family in and say it's

3    time, and she gets better.  But it really is almost time

4    for her to pass away.  So they called us in Saturday and

5    the week before.

6                   THE COURT:  Okay.

7                   A PROSPECTIVE JUROR:  It's been going on for like

8    a month and a half.

9                   THE COURT:  Where is your grandma?

10                   A PROSPECTIVE JUROR:  She's at Heartland Nursing

11    Home in Hillsboro.

12                   THE COURT:  That's in Hillsboro?

13                   A PROSPECTIVE JUROR:  Um-hum.

14                   THE COURT:  Okay.  Thank you.

15                   (Prospective juror 006 leaves.)

16                   THE COURT:  We have one more to go, 009, which is

17    number 39 on your list.

18                   (Prospective juror 009 present.)

19                   THE COURT:  Hi.  You responded that there was

20    some problem, but I didn't write it down.

21                   A PROSPECTIVE JUROR:  Yes.  Actually, that's what

22    I've been saying all along.  I didn't say anything.

23                   THE COURT:  For some reason I had that marked

24    down.  I apologize.  Thanks for waiting for us like that.

25    Sorry I kept you in the room.

1       (Prospective juror 009 leaves.)

2           Do you all want to take -- how much time would

3   you like to go over your preemptories among yourselves

4   before we do it -- the Court does it?  I have got -- we

5   have got four folks that I haven't excused for cause that

6   each had some legitimate problems.  Let me see if I can

7   count up how many people we haven't excused yet and see if

8   we have enough preemptories left.  I think we have 26

9   according to my count.  I could be off.  I count 26 left if

10  we excuse the four that -- am I off?

11          Let me go over the ones that are on the bubble

12  here with you and see what we have in addition to that.

13  The ones I have question marks about are juror 14, which is

14  040.  He's the fellow that worked 15 hours a day and said

15  it was going to be a problem being here.  Juror number 29

16  is the one whose husband is having the biopsy on Friday.

17  Juror number 32, who's number 051, she's got the doctors'

18  follow-up appointments on Monday morning, and, if possible,

19  she's the one that I would probably leave on, because we

20  could always start a little later on Monday morning.  And

21  juror number 25, who is 006, and she's the one who has got

22  the grandmother dying in the nursing home.  Again, you

23  know, if we had to, we could recess, but I'm not sure how

24  much time she would want off.  That one is a little more

25  problematic.

1        Can you count how many are left?  If we excused
2    all those, how many do you count are left?
3            MR. RICH:  Twenty-seven.  We have 56.  You didn't
4    add back in 56 which is additional here.
5            THE COURT:  You're right.  I didn't count 56
6    either.  Then does anyone have any objection to -- we need
7    alternates.  All right.  Let's wait.  Let's wait, because
8    Steve shows me my math is not quite what it should be.
9    Let's wait.
10           Why don't you figure out your peremptories and
11   see where it goes?  Right now, I'm not going to excuse
12   those four people for cause.
13           How long does everybody want to go over your
14   challenges before we do them?
15           MS. CROSS:  Fifteen minutes.
16           THE COURT:  Court will start up at quarter of.
17           (Recess at 12:45 p.m.)
18                       AFTER RECESS
19           THE COURT:  All right.  I have provided counsel
20   with my handy dandy little chart here and peremptory
21   challenges guide which helps me keep track of who's getting
22   excused.  As you can see, the government goes first, and
23   then the defendant gets two challenges after that and so
24   forth.
25           As you may recall from the final pretrial, you

```
 1   can exercise your preemptories in any numerical order you
 2   want.  In other words, you don't have to exercise them on
 3   the people that are in the box first.  You can exercise
 4   them to anyone in the prospective panel.  You can go back
 5   and forth numerically.  If you pass for a challenge, you
 6   only pass for that one challenge.  You don't pass for the
 7   remainder of your challenges.  So, if you decide to
 8   exercise one, you have the rest of your challenges left.
 9             All right.  Government's first challenge.
10             MS. CROSS:  Number 023.
11             THE COURT:  And is that -- what number is it on
12   the first set of numbers?
13             MS. CROSS:  Number three, Your Honor.
14             THE COURT:  Okay.  Number three, which is 023.
15             All right.  Defendants' first and second
16   challenges.
17             MR. FELSON:  032 and --
18             THE COURT:  And that's number four?
19             MR. FELSON:  Yes.
20             THE COURT:  Four, 032.
21             MR. FELSON:  And --
22             THE COURT:  Mr. Felson, are you doing the
23   challenges for both defendants?
24             MR. FELSON:  Yes, ma'am.
25             THE COURT:  Okay.
```

1          MR. FELSON:  And 044, noting that 040 might be

2   challenged for cause, so I'm skipping that.  I was thinking

3   about this, but I realized he was on the bubble because --

4          THE COURT:  But the one that you're excusing

5   right now is 044.  What's the number in front of that?

6          MR. FELSON:  Number in front is 16.  When do I

7   make a Batson challenge objection?

8          THE COURT:  When the peremptory challenge is

9   exercised.

10         MR. FELSON:  Then, at this point, I would need to

11  make the objection for juror number three.  Three, the one

12  sitting here in the third seat, is number 023.  I would --

13  we have 41 jurors and three jurors of color, and that's one

14  of them.  So that knocks us down to less than 7-and-a-half

15  percent or less.

16         THE COURT:  Let me ask the government for its

17  justification for exercising a peremptory challenge for

18  juror number 023, which is also number three on the list.

19         MS. CROSS:  Yes.  Your Honor, 023 has two

20  brothers that are in jail, and also, when the Court asked

21  the question as to whether or not law enforcement always

22  tells the truth or could they be believed, she -- we

23  watched her, and she physically made a gesture like, oh,

24  she does not believe law enforcement.

25         THE COURT:  Okay.  Anything?

1     MR. FELSON:  I certainly didn't get that from
2   her, and I guess there are a lot of jurors that had some
3   relatives in jail or some relatives that had been accused
4   of a crime, and some of them we didn't even get into the
5   victims of the crime, et cetera.  But the point is, when we
6   have got a room full of 41 people and only three of them
7   are of color, I particularly ought to make an objection to
8   the whole scenario of the fact that there weren't more
9   blacks to choose from and only three in here.  So that mix
10  is -- I guess it's not too hard to pick on somebody and
11  say, well, they looked this way or they gave a dirty look.
12  It's so easy to knock them off that way, and, when we have
13  nobody to choose from, it puts us in a bind, because these
14  gentlemen are entitled to a jury of their peers.  And while
15  I realize life isn't perfect, certainly we can get it a
16  little more perfect than that.  But I made my objection.

17          THE COURT:  The Court notes your objection.  The
18  Court also realizes, not only were her two brothers in
19  jail, but they were in jail for robbery, which is what the
20  defendants here are charged with.  I think she was the only
21  prospective juror who had two family members in jail.
22  There are some others that had one.  The Court's going to
23  deny the motion, but your objection is preserved for the
24  record.

25          Government's second challenge?

```
1                    MR. FELSON:  Number 025.
2                    THE COURT:  Can you give me the number in front
3    of that?
4                    MS. CROSS:  I'm sorry, Your Honor.
5                    THE COURTROOM DEPUTY:  12, Judge.
6                    THE COURT:  Okay.  Number 12.  All right.
7                    Next will be Defendants' third and fourth
8    challenges.
9                    MR. FELSON:  047 was number 22, and 043 who is
10   number 26 on the list.
11                   THE COURT:  Let me give you some idea of what
12   we're down to now.
13                   THE COURTROOM DEPUTY:  The 12th one runs through
14   juror 046, which is number 27.
15                   THE COURT:  All right.  Now we're down to number
16   27, which is 046.  That would be the first 12 would be down
17   to that person at this point.  We're ready for the
18   government's third challenge.
19                   MS. CROSS:  Number 034 which would be number 34.
20                   THE COURT:  Defendants' fifth and sixth
21   challenges.
22                   MR. FELSON:  056, which is -- it's either -- it's
23   somewhere between --
24                   THE COURT:  I see.  It doesn't have a number.
25                   MR. FELSON:  It was fit in there, and I think
```

```
1   they moved the gentleman.
2              THE COURT: Okay. I'm with you.
3              MR. FELSON: And just for the record, I thought I
4   saw him reading a book, and I'm not sure if we were ever
5   looking for that, but I certainly saw him continually
6   looking down, for whatever that means.
7              THE COURT: You don't have to give a reason for
8   your preemptories.
9              MR. FELSON: I understand. He's 56, and he's
10  somewhere between 25 and 27.
11             THE COURT: Right.
12             MR. FELSON: How about number 24 as well?
13             THE COURT: 24 are you saying --
14             MR. FELSON: 016 is sitting in seat number 24.
15             THE COURT: Okay. All right. We're ready for
16  the government's fourth challenge.
17             MS. CROSS: Our fourth challenge is number 040,
18  which I believe is sitting in seat 14.
19             THE COURT: All right. We are ready for the
20  defendants' seventh and eighth challenges.
21             What are we down to, Steve?
22             THE COURTROOM DEPUTY: Through 038, number 31.
23             THE COURT: We're down to number 31, which is 038
24  for the 12, for the panel at this point.
25             MR. FELSON: One second. Papers are starting to
```

1   take over my life here. One second, Your Honor.

2            THE COURT: Don't worry, Mr. Felson. That's

3   fine.

4            MR. FELSON: I just want to double check one

5   thing. 004, which is number 19.

6            THE COURT: 004.

7            MR. FELSON: And the one right before that, 055,

8   which is 18 and 19.

9            THE COURT: Okay. I believe we should now be up

10  to what, Steve, 33? We're now down to 33, would be the

11  first 12 would end at 33. And we're ready for the

12  government's fifth challenge.

13           MS. CROSS: The government strikes 049.

14           THE COURT: And what number is that?

15           MS. CROSS: And that is number ten seated in seat

16  ten, 049.

17           MR. FELSON: We will make the objection again of

18  that's the black male, the only black male except for the

19  defendants.

20           THE COURT: All right. Ms. Cross, you want to

21  respond?

22           MS. CROSS: Your Honor, the government wishes to

23  exercise peremptory challenges against all high school

24  dropouts, and this person is a high school dropout. We

25  have exercised a challenge against 025 for that reason,

1   which was our second challenge, and then also 040 is a high
2   school dropout, which was our fourth challenge, and then
3   this one 049, which is the black male, is being exercised
4   because of the high school dropout.
5           THE COURT:  Okay.  Anything you wish to say for
6   the record?
7           MR. FELSON:  First of all, there is no evidence
8   that a high school dropout whether --
9           THE COURT:  You have to keep your voice up,
10  Mr. Felson.
11          MR. FELSON:  I'm sorry.  There is no -- the
12  concept is that a high school dropout will be somehow
13  unfair when you weigh against, without any questions being
14  directed or any wrong answers or not wrong answers, but you
15  understand, answers that would indicate some sort of
16  prejudice or some sort of inability to sit fairly when it's
17  the only black male in the whole room, when you weigh those
18  two factors, it seems obvious the reason why that person
19  has been kicked out.
20          THE COURT:  Anything further, Ms. Cross, on that?
21          MS. CROSS:  Your Honor, high school dropouts,
22  that's not a protected class, so the government can
23  exercise its challenges against high school dropouts.
24          MR. ANDREWS:  However, it is, while racially
25  neutral, it has a disparate impact.  If you look at AMSAF

1   Cincinnati, Ohio, you find that African-Americans have an
2   extremely much higher or extremely high dropout rate.  So,
3   while it may be neutral on its face, it will have a
4   disparate impact.
5           THE COURT:  I'm sorry to interrupt you,
6   Mr. Andrews, but our pool is not just Cincinnati, Ohio.
7   It's eight counties.
8           MR. ANDREWS:  In southwestern Ohio, I think you
9   would still find that, and I don't think it's racially
10  neutral on its face.  It becomes, you know, has an adverse
11  impact upon a recognizable group.  And I think that's
12  clearly here.  And when taken in conjunction with already
13  removing one prior African-American juror and removing now
14  both who were, quote-unquote, in the box, leaving but one,
15  I think you take that in conjunction with each other, I
16  think, quite candidly, that's an emprisis (phonetic)
17  situation.
18          THE COURT:  Who, do you recall who was what?
19          MS. CROSS:  038 who was a college graduate.
20          THE COURT:  So there is someone in the first 12
21  who is African-American?
22          MR. FELSON:  Yes, there is.
23          MS. CROSS:  Yes, there is, Your Honor.
24          THE COURT:  All right.  The Court's going to deny
25  the Batson challenge.  Are we ready for the defendants'

1    ninth challenge?

2              MR. FELSON:  I think we can accept everyone else.

3              THE COURT:  Okay.  You're passing?

4              MR. FELSON:  Passing.  With the exception, Judge,

5    that I think there are still some jurors on there that you

6    were going to excuse.  I guess I'm waiting to hear your

7    final decision on that.

8              THE COURT:  I'm not excusing them for cause.

9              MR. FELSON:  All right.  Then I would, yes,

10   number 29's husband has a biopsy on Friday, and that's the

11   day Dr. Fulero is going to testify.

12             THE COURT:  All right.  29, which is 015, will be

13   excused.

14             We're now ready for the government's sixth and

15   last challenge.

16             MS. CROSS:  053, which is seated in seat 37.

17             THE COURT:  Steve informs me we're through number

18   36 right now, and we're ready for the defendants' tenth and

19   last challenge to the first 12.

20             MR. FELSON:  That's not including the alternates?

21             THE COURT:  No.  We're not talking about

22   alternates yet.  This is just the first 12.

23             MR. FELSON:  I'm satisfied.

24             THE COURT:  All right.  Tenth challenge for the

25   defendant is a pass.  All right.

1        MR. FELSON:  Of course, with the exception of the

2   objections I made.

3        THE COURT:  No.  The objections are preserved.

4   No problem.

5        We're now going to the alternates.  You have two

6   alternates, and you each get a challenge for the

7   alternates.  Does the government have a challenge for the

8   alternates?

9        MS. CROSS:  006, Your Honor, which is in seat

10  number 35, that's the lady whose grandmother is dying.

11       THE COURT:  Okay.  You can't use that as a

12  challenge because she's the first 12.

13       MS. CROSS:  Okay.  By agreement, if you all want

14  to agree to that, we could do that.

15       MR. FELSON:  I have no problem with her going.

16  She could be called out at any time.  That's the woman her

17  grandmother --

18       THE COURT:  Right.

19       MR. FELSON:  If we want to exercise a peremptory

20  for that, I wouldn't have any objection.  Now I see we have

21  a few left so --

22       THE COURT:  Yes, we have got -- all right.  We're

23  down to -- I'm going to permit, because there is no

24  objection, I'm going to permit the government to exercise a

25  challenge on number 35, which we're now, the panel itself,

1    the first 12 is down to 38. So the pool of alternates

2    right now are 39, 40 and 41, of which they would be 39 and

3    40. And we still have -- we have still got the woman on

4    who has the doctor's appointments on Monday morning. I

5    guess that's the only one we have got that had a problem.

6         If 40 and 41 are agreeable to everybody as the

7    alternates, we could go ahead and excuse number 32, which

8    is 051. If not, we can leave her on and I'll permit the

9    defendant to exercise a challenge for one of the

10   alternates.

11        MR. FELSON: The alternates are currently 39 and

12   40?

13        THE COURT: Yes. The alternates would be 39 and

14   40.

15        MR. FELSON: So, if you give me one second while

16   I take a look at 39, 40 and 41.

17        Okay. I would like to excuse 39, which is number

18   9 sitting in seat 39.

19        THE COURT: All right. So our alternates are 40

20   and 41.

21        Let's go over the numbers with you to make sure

22   we have got everybody here. I think our first juror would

23   be number 7 who is 017. Second juror is number 9, who was

24   previously 057. Third juror is number 11, who was 007.

25   Fourth juror is 13, who was 027. The fifth juror is number

```
 1   20, who was previously 020.  The sixth juror is 27, who was
 2   previously 046.  The seventh juror is number 30, who was
 3   019.  The eighth juror is 31, who was 038.  The ninth juror
 4   is 32, who was 051.  The tenth juror is 33, who was 036.
 5   The eleventh juror is 36, who was 030.  And the twelfth
 6   juror is 37, who was 053.  No.  No.  I'm sorry.  I'm wrong
 7   on that one.  The twelfth juror is 38, who was 059.  And
 8   the alternates are 40 and 41.
 9            Everyone agree with the Court's reiteration of
10   the challenges?
11            MS. CROSS:  Yes, Your Honor.
12            MR. FELSON:  Yes.
13            THE COURT:  Mr. Felson, yes?
14            MR. FELSON:  Yes.
15            THE COURT:  Walter Pugh?
16            DEFENDANT W. PUGH:  Yes.
17            THE COURT:  Okay.  Thank you.  We have got a
18   jury.  We will go ahead and excuse -- well, I guess we need
19   to bring everybody back in, and all I'll do is we will
20   swear them in, and then we will let everybody go to lunch.
21            How long do you need, Steve?
22            THE COURTROOM DEPUTY:  Ten minutes.
23            THE COURT:  Steve needs ten minutes to get
24   everybody down here.  So we will -- let's stand in recess
25   for about ten minutes.
```

1    (Recess at 1:25 p.m.)

2                        AFTER RECESS

3         (Jury panel seated by the courtroom deputy.)

4         THE COURT:  We now have 14 of you seated in the

5    jury box.  You all understand that you have been asked

6    questions in order to determine your ability to make

7    determinations in this case free from any bias or sympathy

8    for or against either side.  While you have been asked many

9    and varied questions, it is quite possible that you were

10   not asked questions that would have a bearing on your

11   qualifications.  So I will ask these questions now.

12        Can you promise to decide this case strictly on

13   the facts as developed from the witness stand and exhibits

14   admitted into evidence and the law as I give it to you?

15        Can you promise to keep an open mind and not

16   discuss this case with anyone, including your fellow

17   jurors, until you are ordered to retire to the jury room to

18   deliberate?

19        Can any of you think of any reason why you could

20   not be fair and impartial in carrying out your duties in

21   this trial?

22        Finally, is there any reason at all why any of

23   you feel that you could not or should not serve on this

24   jury?

25        I take it from your silence that you feel that