FILED
JAMES BONINI
CLERK

05 MAY -3 AM 10:38

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Nos. 03-3241; 03-3243

FILED
MAY - 3 2005
LEONARD GREEN, Clerk

UNITED STATES OF AMERICA,
    Plaintiff - Appellee,

v.

WALTER MEADE PUGH, JR. (03-3241) and
TYREESE PUGH (03-3243),
    Defendants - Appellants.

Before: KEITH and CLAY, Circuit Judges; OBERDORFER, District Judge.

## JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the convictions of defendant Walter Pugh are REVERSED; the convictions of defendant Tyreese Pugh are REVERSED IN PART and AFFIRMED IN PART. IT IS FURTHER ORDERED that defendant Tyreese Pugh's sentence is VACATED and the case is REMANDED for proceedings consistent with the opinion of this court.

ENTERED BY ORDER OF THE COURT

Leonard Green, Clerk