UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-3241: 03-3243

Filed: May 25, 2005

UNITED STATES OF AMERICA

    Plaintiff - Appellee

1:02cr54

v.

WALTER M. PUGH

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 5/3/05 the mandate for this case hereby issues today.

A True Copy.

NO costs taxed

Attest:

Filing Fee ..........$
Printing ............$

    Total ........$

_____
Deputy Clerk