IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff(s) | : | |
| | : | Case Number: 1:02cr54-1-SJD |
| vs. | : | |
| | : | District Judge Susan J. Dlott |
| WALTER PUGH, | : | |
| | : | |
| Defendant(s) | : | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   The United States Marshal
      for the Southern District of Ohio

      and/or

TO:   The Warden of USP Atwater
      P.O. Box 019000
      Atwater, CA 95301

    We command you, that you have the body of WALTER PUGH now being detained in USP Atwater, Inmate #03559-061, under your custody, as it is said, under safe and secure conduct, before The Honorable Susan J. Dlott of our District Court within and for the district aforesaid on the 14th day of September, 2005 at 11:00 a.m., for a final pretrial conference hearing and said prisoner to remain within said and for the district pending the complete resolution of the charges and then that you return the said Walter Pugh to USP Atwater, under safe and secure conduct, and have you then and there this Writ.

    Certified copy of this Writ shall be authority for the United States Marshal for the Southern District of Ohio and/or the Warden of USP Atwater, Ca.

*Susan J. Dlott*
Susan J. Dlott
United States District Judge