**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

William K. Suter
Clerk of the Court
(202) 479-3011

July 27, 2005

Clerk
United States Court of Appeals for the Sixth
Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: United States
v. Walter Meade Pugh, Jr., et al.
Application No. 05A84
(Your No. 03-3241, 03-3243)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Stevens, who on July 27, 2005 extended the time to and including August 31, 2005.

This letter has been sent to those designated on the attached notification list.

Sincerely,

William K. Suter, Clerk

by
Heather Trant
Case Analyst