IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. CR-1-02-054 |
| | : | |
| | : | |
| vs. | : | (J. Dlott) |
| | : | |
| WALTER M. PUGH, ET AL. | : | |

NOTICE OF APPEARANCE

    Anthony Springer, Assistant U.S. Attorney, Southern District of Ohio, hereby gives notice to the Court and to counsel for the defendants in this case, that he is entering an appearance as co-counsel for the United States, in the above captioned case, and requests that service of all papers filed in this action be made upon him at the following address: Anthony Springer, Assistant U.S. Attorney, United States Attorney's Office, 221 East Fourth Street, Suite 400, Cincinnati, Ohio 45202.

    Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Anthony Springer
ANTHONY SPRINGER (#0067716)
Assistant U.S. Attorney
Attorney for Plaintiff
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-2047
Anthony.Springer@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served this 28th day of August, 2005, electronically on defense counsel of record.

s/Anthony Springer
ANTHONY SPRINGER (#0067716)
Assistant U.S. Attorney