IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:02cr54 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| WALTER PUGH : | |
| TYREESE PUGH : | |
| : | |
| Defendant(s) : | |

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the docket of The Honorable David L. Bunning.

IT IS SO ORDERED.


__s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge


__s/David L. Bunning_____
David L. Bunning
United States District Judge