UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CASE NO. 1:02CR-54 |
|     Plaintiff, | : (Judge Dlott) |
| | : |
| vs. | : |
| | : |
| WALTER PUGH, | : **MOTION TO ORDER RELEASE OF** |
|     Defendant. | : **DEFENDANT'S PROPERTY** |

NOW COMES the Defendant, by and through counsel, and hereby moves this Honorable Court to Order USP Atwater located in Atwater, California to immediately send all of the Defendant's personal property, including all legal papers, to Defendant. The Defendant requires his property and legal papers in order to prepare his defense. Counsel spoke with Officer Fischer at USP Atwater by phone on Friday, October 14, 2005. Officer Fischer informed counsel that he would not release and send Mr. Pugh's property without a signed and certified court order directing him to do so. After speaking with Officer Fischer, counsel contacted Amul Thapar, the Assistant U.S. Attorney handling this matter and explained the situation and informed him that a motion would be filed. Mr. Thapar indicated that he had no objection to this motion. In light of that, counsel makes this motion and the attached Proposed Order.

    Respectfully submitted,
    **S/William R. Gallagher**
    WILLIAM R. GALLAGHER
    Attorney for Defendant
    Arenstein & Gallagher
    The Citadel
    114 East Eighth Street
    Cincinnati, Ohio 45202
    (513) 651-5666
    Fax: (513) 651-5688
    E-mail: WRG35@aol.com

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on October 14, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Amul Thapar, Assistant U.S. Attorney.

                                               **<u>S/William R. Gallagher</u>**
                                               WILLIAM R. GALLAGHER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | : CASE NO. 1:02CR-54<br>: (Judge Dlott)<br>: |
| vs. | :<br>: |
| WALTER PUGH,<br>    Defendant. | : <u>PROPOSED ORDER GRANTING</u><br>: <u>MOTION TO ORDER RELEASE OF</u><br>: <u>DEFENDANT'S PROPERTY</u> |

GOOD CAUSE having been shown, it is hereby the ORDER of this Court that Officer Fischer of USP Atwater, U.S. Penitentiary, P.O. Box 019000, Atwater, California 95301 is directed to immediately send all personal property, including legal papers, belonging to inmate Walter Pugh, Inmate #03559-061, to Mr. Pugh. This property is to be sent immediately to Walter Pugh, Boone County Jail, 3020 Conrad Lane, P.O. Box 898, Burlington, KY 41005.

ORDERED THIS _____ DAY OF OCTOBER 2005.

    __s/Susan J. Dlott_____
    Susan J. Dlott
    United States District Judge