UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | : CASE NO. 1:02CR-54<br>:<br>: |
| vs. | : |
| WALTER PUGH,<br>Defendant. | : PROPOSED ORDER GRANTING<br>: MOTION TO ORDER RELEASE OF<br>: DEFENDANT'S PROPERTY |

GOOD CAUSE having been shown, it is hereby the ORDER of this Court that Officer Fischer of USP Atwater, U.S. Penitentiary, P.O. Box 019000, Atwater, California 95301 is directed to immediately send all personal property, including legal papers, belonging to inmate Walter Pugh, Inmate #03559-061, to Mr. Pugh. This property is to be sent immediately to Walter Pugh, Boone County Jail, 3020 Conrad Lane, P.O. Box 898, Burlington, KY 41005.

ORDERED THIS 17th DAY OF OCTOBER 2005.



Signed by:
David L. Bunning
United States District Judge