UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED OCT 18 2005
JAMES BONINI, Clerk
CINCINNATI, OHIO
File and Return

RECEIVED OCT 1 4 2005
Leonard Green Clerk

| | |
|---|---|
| UNITED STATES<br>Plaintiff,<br>- vs -<br>WALTER M. PUGH, JR.<br>Defendant. | Case No. CR-1-02-054<br><br>Honorable Judge Dlott<br><br>MOTION TO MOVE WITH CAUSE. |

Now comes the defendant, pro se, Walter Pugh, Jr., in the above said case, for the set reason stated inside.

Walter Pugh Jr.
B.C.J.
2950 Washington St
Burlington, Ky 41005

MEMORANDUM Attached

## MEMORANDUM

Now comes Walter Pugh, Jr, pro se, requesting this court, to order U.S.P. Atwater, Calf., to get defendant's legal material to him within one week.

Defendant's court appointed advisor, stated that he called U.S.P. Atwater and they are refusing to release defendant's legal material.

Defendant, also request this court to be permitted to have access to Boone County Law Library and federal Law.

Defendant, wants this court to be advise that someone is hindering defendant from having a successfull defence.

Defendant, request his court appointed advisor to assist him, but defendant have receive, little but none help.

Walter Pugh P___

Certificate of Service

I Walter Pugh, JR., hereby certify that a copy of the foregoing was served upon Amul Thapar, Assistant U.S. Attorney, 221 E 4th St., Suite 400, Cincinnati, Ohio 45202, and attorneys Jay Clark, 114 E. 8th St., Suite 400, Cincinnati, Ohio, 45202, and William Gallagher, 114 E. 8th St., Cincinnati, Ohio 45202, by ordinary U.S. Mail on this 11th day of October, 2005.

Respectfully Submitted

Walter Pugh
Pro. Se