UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

-vs-

WALTER MEAD PUGH, JR.,
Defendant.

CASE NO. CK-1-02-054

HONORABLE SUSAN J. DLOTT
JUDGE

03-3241
MOTION FOR EXPERT
WITNESS FEES

**File AND Return**

RECEIVED
OCT 14 2005
Leonard Green
Clerk

FILED
JAMES BONINI
CLERK
05 OCT 18 PM 3:43

Now comes Defendant, WALTER M. PUGH, JR. hereby moves this Court for an expert witness fee paid for by the government for an expert in identification for the reasons set forth below.

Respectfully,

Walter Pugh Jr. Pro Se
Boone County Jail
2950 Washington St.
Burlington, KY 41005

Memorandum Attach and made apart hereof.

# MEMORANDUM

Dedendant was arrested for bank robbery. There was no line up nor show up. Therefore, the only identification is through poor quality photos and the indentification abilities of the bank tellers.

It is common knowledge that eyewitness testimony is unreliable. This needs to be explained to the jury at trial. There are experts in this field who are available for a fee.

Defendant is indigent. ~~the~~ government should therefore pay the fee for this expert witness.

## CONCLUSION

For the reason set forth above, the Court should order the government to pay for this expert witness.

Respectfully,

Walter Pugh Jr.
Pro se

## Certificate of Service

I hereby certify that a copy of the foregoing was served upon Amul Thapar Assistant U.S. Attorney, 221 East Forth Street, Suite 400, Cincinnati, Ohio 45202, and Attorneys, Jay Clark, 114 E. 8th St. Suite 400, Cincinnati, Ohio 45202, and William Gallagher, 114 E. 8th St., Cincinnati, Ohio 45202, by ordinary U.S. Mail on this 11th day of October, 2005.

Walter Pugh Jr.
Pro se