UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

05 OCT 18 PM 5:03
JAMES BONINI CLERK

| | |
|---|---|
| UNITED STATES<br>-vs- Plaintiff | CASE NO. CR-1-02-054 |
| WALTER MEAD PUGH, JR.,<br>Defendant. | HONORABLE SUSAN DLOTT,<br>JUDGE |
| | DEMAND FOR DISCOVERY<br>AND BILL OF PARTICULARS |

## DEMAND FOR DISCOVERY

Defendant requests disclosure forthwith by the Prosecutor of the information, inspection and copying to which the Defendant is entitled, including:

1. Documents and tangible objects, including the right to inspect, copy and photograph books, papers, documents, photographs, tangible objects, buildings or places or copies or portions thereof in the custody and control of the State and which are material to the preparation of the defense or are intended for use by the Prosecuting Attorney as evidence at trial.

2. Reports of examinations and tests, including the right to inspect and copy or photograph any results or reports of scientific tests or experiments made in connection with the particular case.

3. Witness names and addresses together with any record of prior felony convictions of such witness.

4. Copies of all routine offense and incident reports regarding the matter stated on page one (1).

5. Copies of any and all 911 tapes and/or transcripts related in any way to the matter.

6. Copies of any and all statements made by any witness regardless of the content of such statement, and whether or not such statement is an admission or denial of the alleged charges.

7. Copies of tapes and or transcripts of any and all police broadcasts relating in any manner whatsoever to the above-referenced matter, including broadcasts to or from any investigating officer, arresting officer, undercover officer, police dispatcher, relating to the arrest, detention, investigation, seizure stop of Walter Pugh or Tyrees Pugh.

8. Copies of any tapes and/or transcripts of any and all radio transmissions between police officer, or between police officers and any dispatchers, or between any police officers and any private citizen regarding Walter Pugh or Tyreese Pugh. <u>Steckman v. Jackson, 70 Ohio St. 3d 420. (1994).</u>

(2)

## REQUEST FOR BILL OF PARTICULARS

Defendant hereby requests the prosecuting attorney to furnish a Bill of Particulars setting up specifically the nature of the offense charged and the conduct of the Defendant, which is alleged to constitute the offense.

Respectfully submitted,

Walter Pugh, Jr.
Pro-se
2950 Washington St.
Burlington, Ky 41005

## MEMORANDUM

(1) Demand for Discovery
(2) Request for Bill of Particulars

## CERTIFICATE OF SERVICE

By ordinary U.S. mail, on this 11th day of October, 2005, I hereby certify that a copy of the foregoing was served upon, Amul Thapar, Asst. U.S. Attorney, Atrium II, Suite 400, 221 E. 4th St., Cin, Oh. 45202, Jay Clark, 114 E. 8th St., Suite 400, Cin, Oh, 45202, and William Gallagher, 114 E. 8th St, Cin, Oh., 45202.

③

Walter Pugh, Pro se.