## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **UNTIED STATES OF AMERICA**<br>Plaintiff, | **CASE NO. 1:02CR-54**<br>**(Judge Bunning for Judge Dlott)** |
| vs. | |
| **WALTER PUGH, ET AL.**<br>**Defendants.** | **ORDER** |

This case having recently been reassigned to the undersigned by Judge Dlott;

**IT IS ORDERED** that this action is scheduled for a Pretrial Conference on **November 2, 2005 at 2:00 p.m. in Cincinnati, Ohio in Courtroom 7, Room 117.** The attorneys who will be trying this action shall be present at the Pretrial Conference. Defendants shall also be present at the Pretrial Conference.

This ___18th___ day of October, 2005.



Signed By:
David L. Bunning
United States District Judge