UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNTIED STATES OF AMERICA**<br>**Plaintiff,** | : | **CASE NO. 1:02-CR-54**<br>**(Judge Bunning for Judge Dlott)** |
| vs. | : | |
| | : | **O R D E R** |
| **WALTER PUGH**<br>**TYREESE PUGH,**<br>**Defendants.** | :<br>:<br>: | |

Defendant Walter Pugh, by counsel, having filed two belated motions[1], one to prevent use of stunbelt restraint during trial (Doc. # 121), and the other in limine to preclude the government from eliciting evidence or testimony regarding firearms or ammunition (Doc. # 122), and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the government shall file a written response to the motions and fax a copy of the responses to the undersigned's chambers at 859-392-7945, not later than close of business on Thursday, November 10, 2005;

**IT IS FURTHER ORDERED** that the motions will be heard on **November 14, 2005 at 8:45 a.m. in Courtroom 7, Room 117**. The Marshal's Service shall have both Defendants present for the pretrial motions hearing.

This 10th day of November, 2005.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\US.SDOH\Pugh\54-Order-Motion-Responses.wpd

---

[1] Pursuant to Judge Dlott's prior scheduling Order, the motion deadline was October 3, 2005. (Doc. # 99 at p. 2).