

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

05 NOV 14  PM 4:53

| | | |
|---|---|---|
| UNITED STATES<br>    Plaintiff, | : | CASE NO. CR-1-02-054 |
| -vs- | : | HONORABLE DAVID BUNNING |
| WALTER M. PUGH, JR.<br>    Defendant. | : | MOTION TO CONTINUE TRIAL |
| | : | |

   Now comes Defendant, Walter M. Pugh, Jr., Pro-se, with good cause, request for a continueance of the trial date, currently scheduled to commence on November 14th, 2005.

   Defendant, Walter M. Pugh, Jr., filed pro-se, a Notice of a Sealed Request in this Court; therefore the content within the Sealed request; it is necessary that defendant be giving a continuance until this Court conclude the seriousness of the content within side the Notice of the Sealed Request . . .

   This Motion Is Pursuant To 18 U.S.C. Section 3161.

   Defendant respectfully request a continueance of trial date until this Court investigate the seriousness of the content within the filed Sealed Notice.

                              Respectfully submitted,

                              /s/ Walter Pugh
                              Walter M. Pugh, Jr., Pro-se
                              P.O. Box 898
                              Burlington, KY 41005

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was mailed on this 09th day of November, 2005, to: Amul Thapar, Asst. U.S. Attorney, Atrium II, Suite 400, 221 East Fourth Street, Cincinnati, Ohio 45202, Jay Clark, 114 East Eight Street, Cincinnati, Ohio 45202, and William Gallagher, 114 East Eight Street, Cincinnati, Oiho 45202.

Respectfully submitted,

Walter M. Pugh, Jr. Pro-se
P.O. Box 898
Burlington, KY 41005