FILED
JAMES BONINI
CLERK

05 NOV 14 PM 4:53

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES,
    Plaintiff,

vs

WALTER M. PUGH, JR.,
    Defendant.

Case No. CR-1-02-54-02

HONORABLE DAVID BUNNING

MOTION OF DEFENDANT'S INTENT
TO ACT AS HIS OWN ATTORNEY

    Now comes the Defendant, Walter M. Pugh, Jr., Pro-se, to inform this Court that he intends to act as his own attorney in the above referenced matter. This filling will act as notice of the Defendant's intent to have his appointed counsel, William Gallagher, to act only in an advisory capacity and that he will act in all other ways as his own attorney.

Respectfully submitted,

*[signature]*

Walter M. Pugh, Jr., Pro-se
P.O. Box 898
Burlington, KY 41005

### CERTIFICATE OF SERVICE

    By ordinary U.S. mail, on this 10th day of November, I hereby certify that a copy of the following was served upon Thapar, Asst. U.S. Attorney, Atrium II, suite 400, 221 E. 4th street, Cincinnati, Ohio 45202, Jay Clark, 114 E. 8th, street, suite 400, Cincinnati, Ohio, 45202, and William Gallagher, 114 E. 8th street, Cincinnati, Ohio, 45202.

*[signature]*

Walter M. Pugh, Jr., Pro-se