IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:02cr54 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| Walter Pugh, et al., : | |
| : | |
| Defendant(s) : | |

NOTICE OF MANUAL FILING

The following sealed documents from Butler County Job & Family Services

has been manually filed with this Office:

11/16/05                                                                                      JAMES BONINI, CLERK

                                                                                                    ___s/William Miller_____
                                                                                                    Deputy Clerk