IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**United States of America**                                              <u>November 14, 2005</u>

vs.                                                                       Case Number: 1:02cr54

**Walter M. Pugh, et al.,**

BEFORE:                          **JUDGE DAVID L. BUNNING**

| <u>Lisa Wiesman</u> | <u>Tammy Dallas</u> | <u>Elaine Leonhard</u> |
|---|---|---|
| **Court Reporter** | **Courtroom Deputy** | **Law Clerk** |

Minutes: Trial to Jury - Day 1

---

  Motion to continue trial and motion for full investigation by defendant Walter M. Pugh (Docs #119 & #120) and orally joined in by defendant Tyreese Dorran Pugh be, and hereby are DENIED per findings made on the record.

  Motion in limine of defendant Walter M. Pugh (Doc #122) and oral motion of defendant Tyreese Dorran Pugh to preclude admission of firearms are DENIED per findings made on the record.

  Motions of defendants Walter M. Pugh and Tyreese Dorran Pugh to prevent the use of stunbelts during the trial (Docs. #121 and #128) be, and hereby are DENIED per findings made on the record.

  Motion of Walter M. Pugh for expert witness (Doc #124) and orally joined in by defendant Tyreese Dorran Pugh be, and hereby are DENIED without prejudice.

  Motion to quash subpoena of keeper of records, Butler County Department of Job and Family Services will be brought on for hearing before the Court on November 15, 2005 at 8:30 a.m.

*[Signature]*
DAVID L. BUNNING, JUDGE

---

x    Voir Dire conducted.

**x** Jury impaneled.

|  | | |
|---|---|---|
| Juror Nos. | 103 | 185 |
| | 201 | 213 |
| | 214 | 197 |
| | 180 | 171 |
| | 195 | 200 |
| | 190 | 215 |
| Alternates | 155 | 192 |

**x** Preliminary Jury Charge given.

**x** Opening statements of Counsel

**x** Evidence for plaintiff begun, and not concluded.

**x** Jury trial shall resume November 15, 2005 at 9:00 a.m. with counsel present at 8:30 a.m.

cc: COR, USPO, USM                                                      Clerk init. **ted**