IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America | November 15, 2005 |
| vs. | Case Number: 1:02cr54 |
| Walter M. Pugh, et al., | |
| BEFORE: | **JUDGE DAVID L. BUNNING** |

| | | |
|---|---|---|
| **Lisa Wiesman** | **Tammy Dallas** | **Elaine Leonhard** |
| Court Reporter | Courtroom Deputy | Law Clerk |

Minutes: Trial to Jury - Day 2

---

Motion to quash subpoena of keeper of records, Butler County Department of Job and Family Services (Doc #129) be, and hereby is **GRANTED**. Documents produced under this subpoena to Butler County Department of Job and Family Services shall be FILED UNDER SEAL.

Motion to continue trial filed pro se by defendant Walter M. Pugh (Doc #132) and Motion of defendant's intent to act as his own attorney filed pro se by Walter M. Pugh (Doc #133) be, and hereby are **DENIED as moot** given the previous rulings of the Court.

_____
DAVID L. BUNNING, JUDGE

---

x  Jury impaneled.

| Juror Nos. | 103 | 185 |
|---|---|---|
| | 201 | 213 |
| | 214 | 197 |
| | 180 | 171 |
| | 195 | 200 |
| | 190 | 215 |
| Alternates | 155 | 192 |

**x**   Introduction of evidence for plaintiff resumed, and not concluded.

**x**   Jury trial shall resume November 16, 2005 at 9:00 a.m. with counsel present at 8:45 a.m.


cc: COR, USPO,USM                                                              Clerk init.  **ted**