IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**United States of America**                                    November 16, 2005

vs.                                                             Case Number: 1:02cr54

**Walter Pugh, et al.,**

BEFORE:                         **JUDGE DAVID L. BUNNING**

| **Lisa Wiesman** | **Tammy Dallas** | **Elaine Leonhard** |
|---|---|---|
| Court Reporter | Courtroom Deputy | Law Clerk |

Minutes: Trial to Jury - Day 3

---

Motion for a full investigation (Doc #135) filed pro se by defendant Walter M. Pugh be, and hereby is **DENIED as moot** given the previous rulings of the Court.

Oral motion of counsel for defendant Walter M. Pugh to strike the testimony of Donna Caudell be, and hereby is **DENIED** per findings made on the record.

Motions for acquittal of defendants, Walter M. Pugh and Tyreese Dorran Pugh be, and hereby are **DENIED** per findings made on the record.

_____
DAVID L. BUNNING, JUDGE

---

x    Jury impaneled.

| Juror Nos. | 103 | 185 |
|---|---|---|
|  | 201 | 213 |
|  | 214 | 197 |
|  | 180 | 171 |
|  | 195 | 200 |
|  | 190 | 215 |
| Alternates | 155 | 192 |

x    Introduction of evidence for plaintiff resumed and concluded.

x    Plaintiff rests.

__x__  Introduction of evidence for defendant begun, but not concluded.

__x__  Jury trial shall resume November 17, 2005 at 9:00 a.m. with counsel present at 8:30 a.m.

cc: COR, USPO, USM                                                                      Clerk init.  __ted__