> Proof beyond a reasonable doubt does not mean proof beyond all possible doubt. Possible doubts or doubts based purely on speculation are not reasonable doubts. A reasonable doubt is based upon reason and common sense. It may arise from the evidence, the lack of evidence or nature of evidence.
>
> Proof beyond a reasonable doubt means proof that is so convincing that you would not hesitate to rely and act on it in making them most important decisions in your own lives

---

- Initial report of 3 men committing the robbery
    - Did someone else see something?
- Getaway car has a loud muffler
    - Did someone else hear something?
- No time to drive to apartment building 30 minutes away put back license plate, change clothes, hide guns and money then drive 15 minutes to Bessie's to get the Cadillac

> - ✓ No investigation into the car stolen the same day in Dayton
> - ✓ No forensic work
> - ✓ No lab work
> - ✓ Absolutely no proof of any follow up investigation into Tennessee, Atlanta, hotels, relatives, Mazda, parking, money, cell phones, collect phones, purchases, monies spent
> - ✓   This is a post 9/11 investigation-databases and information available   is awesome
> - ✓ No recordings—Money saving exercise?

> - **Only person who says these 2 went to Atlanta is Stephanie Luster**
> - **Not talked to from May 3rd until May 8th**
> - **Allowed to think about how she is going to handle accusations**
> - **Cannot even remember what she told the police the 1st time**
> - **This is a truth teller?**
> - **How come she never identified any of these clothes?**

**Where is Ms. Lovett?**

**Where are these relatives?**

**Names, town, address, description**

**Where are missing 4-6 days?**

**She has relatives in Georgia, is that where the familiarity comes from? But still lacks detail**

**Does her story make sense?**

---

Shannell Holston

A History of lying, stealing, deceiving

- A willingness to sign anyone's name to a check or CC receipts
- Willing to sell identities to others for stealing
- Willing to lie to get State benefits
- Willing to slug it out with someone

Does the oath mean anything to her?

Bessie told you about her

"You better not cross her or she will get you"

She even took his car after getting him locked up

> She started everyone in this
>
> Started Bessie up believing
>
> Did she get to Stephanie between 5/3 and 5/8?
>
> Is that when Stephanie learned RaShay was still in Tyreese's life? Is that when she jumped on Shannell's train?
>
> Did Holston buy the clothes in this case?
>
> She controlled the information in the tape.
>> Why no mention anything relating to the bank robbery?

> Good meaning witnesses added to their testimony unknowingly
>
> Jenny—Something in his mouth
>
> Manager—Late 80's early 90's Olds smaller body
>
> Bessie willing to see a scar that is not there (pictures)
>
> Is it that hard to imagine people with a motive or agenda from creating things on purpose to hurt, damage or destroy someone?

4

## IN THE JURY ROOM

- Foreperson Selection
- Straw Votes-Good Idea?
- Rules on Discussions
- Rules on Deliberations
  - Secret Votes
  - Open Votes

## A Verdict of Not Guilty Includes:

Based upon the evidence, we the Jury find that the defendant is **absolutely 100%** innocent

Based upon the evidence, we the Jury cannot be **absolutely sure** that the defendant is innocent

Based upon the evidence presented, we the Jury are **confident** that the defendant is innocent

## A Verdict of Not Guilty Includes:

Based upon the evidence presented, we the Jury believe that the defendant is **probably innocent**

Based upon the evidence presented, we the Jury are **not really sure one way or the other** if the defendant is guilty or innocent

Based upon the evidence, we the jury believe it is **more likely than not** that the defendant is guilty

## A Verdict of Not Guilty Includes:

Based upon the evidence presented, we the Jury believe that the defendant is **probably guilty**

We they Jury believe that the defendant is guilty, but the evidence **falls a little short** and we **cannot find** that the defendant is guilty **beyond a reasonable doubt**