IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **United States of America** | <u>**November 17, 2005**</u> |
| vs. | Case Number: 1:02cr54 |
| **Walter M. Pugh, et al.,** | |
| BEFORE: | **JUDGE DAVID L. BUNNING** |

| | | |
|---|---|---|
| <u>**Lisa Wiesman**</u> | <u>**Tammy Dallas**</u> | <u>**Elaine Leonhard**</u> |
| **Court Reporter** | **Courtroom Deputy** | **Law Clerk** |

Minutes: Trial to Jury - Day 4

---

The renewed motions for acquittal of defendants, Walter M. Pugh and Tyreese Dorran Pugh be, and hereby are **DENIED**.

Stipulation read in open court shall be filed in the record.

The Power Point presentations of defendants, Walter M. Pugh and Tyreese Dorran Pugh, used in the closing arguments shall be filed in the record.

11/18/05

Signed By:
David L. Bunning
United States District Judge

**DAVID L. BUNNING, JUDGE**

---

x   Jury impaneled.

| | | |
|---|---|---|
| Juror Nos. | 103 | 185 |
| | 201 | 213 |
| | 214 | 197 |
| | 180 | 171 |
| | 195 | 200 |
| | 190 | 215 |
| Alternates | 155 | 192 |

__x__  Introduction of evidence for defendants resumed, and concluded.

__x__  Defendants rest.

__x__  Jury charged.

__x__  Closing arguments of counsel.

__x__  Alternate jurors dismissed.

__x__  Jury retires to deliberate at 1:20 p.m.

__x__  Question received from jurors at 4:15 p.m.

__x__  Question received from jurors at 5:20 p.m.

__x__  Question received from jurors at 6:07 p.m.

__x__  Jury returns with guilty verdict on all counts at 6:50 p.m.

__x__  Jury polled. All jurors affirm verdict as being their individual verdict.

__x__  Defendants remanded to custody of U.S. Marshal.

__x__  Sentencing of defendants will be set by subsequent Order of Court.

cc: COR, USPO, USM                               Clerk init. __ted__