IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America | **November 17, 2005** |
| vs. | Case Number: 1:02cr54 |
| Walter M. Pugh, et al., | |
| BEFORE: | **JUDGE DAVID L. BUNNING** |

| **Lisa Wiesman** | **Tammy Dallas** | **Elaine Leonhard** |
|---|---|---|
| Court Reporter | Courtroom Deputy | Law Clerk |

Minutes: Trial to Jury - Day 4

---

The renewed motions for acquittal of defendants, Walter M. Pugh and Tyreese Dorran Pugh be, and hereby are **DENIED**.

Stipulation read in open court shall be filed in the record.

The Power Point presentations of defendants, Walter M. Pugh and Tyreese Dorran Pugh, used in the closing arguments shall be filed in the record.

11/18/05

Signed By:
David L. Bunning
United States District Judge

**DAVID L. BUNNING, JUDGE**

---

x   Jury impaneled.

| Juror Nos. | 103 | 185 |
|---|---|---|
| | 201 | 213 |
| | 214 | 197 |
| | 180 | 171 |
| | 195 | 200 |
| | 190 | 215 |
| Alternates | 155 | 192 |

**x**   Introduction of evidence for defendants resumed, and concluded.

**x**   Defendants rest.

**x**   Jury charged.

**x**   Closing arguments of counsel.

**x**   Alternate jurors dismissed.

**x**   Jury retires to deliberate at 1:20 p.m.

**x**   Question received from jurors at 4:15 p.m.

**x**   Question received from jurors at 5:20 p.m.

**x**   Question received from jurors at 6:07 p.m.

**x**   Jury returns with guilty verdict on all counts at 6:50 p.m.

**x**   Jury polled. All jurors affirm verdict as being their individual verdict.

**x**   Defendants remanded to custody of U.S. Marshal.

**x**   Sentencing of defendants will be set by subsequent Order of Court.

cc: COR, USPO, USM                              Clerk init. **ted**