IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America          :
                                  :
                 Plaintiff        :
                                  :  Case No. CR-1-02-54
                                  :
           v.                     :  District Judge David L. Bunning
                                  :
Walter M. Pugh, Jr. &             :
Tyreese D. Pugh                   :
                                  :
                 Defendants       :

**VERDICT FORM**

**November 17, 2005**

We, the jury, in respect of the charges set forth in the Indictment, find Defendant Walter M. Pugh, Jr.:

\_\_\_\_Not Guilty   _J#_ _200_/ **Guilty**   on Count 1 (conspiracy to commit armed bank robbery)

\_\_\_\_Not Guilty   _____/ **Guilty**   on Count 2 (armed bank robbery)

\_\_\_\_Not Guilty   _____/ **Guilty**   on Count 3 (using, carrying, or brandishing a firearm during a bank robbery)

We, the jury, in respect of the charges set forth in the Indictment, find Defendant Tyreese D. Pugh:

\_\_\_\_Not Guilty   _J#_/ **Guilty**   on Count 1 (conspiracy to commit armed bank robbery)

\_\_\_\_Not Guilty   _J#_/ **Guilty**   on Count 2 (armed bank robbery)

\_\_\_\_Not Guilty   _J#_/ **Guilty**   on Count 4 (using, carrying, or brandishing a firearm during a bank robbery)

2

_____#200_____  \_\_\_\_11/17/05_____
**Foreperson**                                      **Date**