IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America        :
                                :
    Plaintiff(s)         :
                                : Case No.     1:02cr54
v.                              :
                                : District Judge David L. Bunning
Walter Pugh, et al.,            :
                                :
    Defendant(s)         :

**ORDER**

The Clerk of this Court is hereby ordered to obtain lunch for the jury in the above captioned case for November 17, 2005.

IT IS SO ORDERED.

Signed By:
*David L. Bunning*
United States District Judge
_____
David L. Bunning
United States District Judge