# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **UNTIED STATES OF AMERICA**<br>    **Plaintiff,** | **CASE NO. 1:02-CR-54**<br>(Judge Bunning for Judge Dlott) |
| vs. | |
| **WALTER PUGH**<br>**TYREESE PUGH,**<br>    **Defendants.** | **O R D E R** |

Defendant Walter Pugh, having filed a *pro se* motion to vacate his conviction (Doc. #149), and the Court having reviewed the motion, and being otherwise sufficiently advised,

**IT IS ORDERED** that the government shall file a written response to the motion to vacate **not later than December 20, 2005**. Upon the filing of the government's response, the motion will be deemed submitted for the Court's decision.

This 7th day of December, 2005.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\US.SDOH\Pugh\54-Order-Response Mtn to Vacate.wpd