# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Eastern District of Kentucky
FILED
JAN 10 2006
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

| | |
|---|---|
| United States of America | : |
| **Plaintiff** | : |
| | : Case No. CR-1-02-54 |
| v. | : District Judge David L. Bunning |
| Walter M. Pugh, Jr. & Tyreese D. Pugh | : |
| **Defendants** | : |

Upon the Court's own motion;

**IT IS ORDERED** that the Sentencings of Walter M. Pugh, Jr. and Tyreese D. Pugh scheduled for January 20, 2006 are hereby **rescheduled for February 3, 2006 at 10:30 a.m. in Cincinnati, Ohio In Courtroom 7, Room 117**.

This __9th__ day of January, 2006.



Signed By:
David L. Bunning
United States District Judge