UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CASE NO. 1:02-CR-54-001 |
|     Plaintiff, | : (Judge Bunning) |
| | : |
| vs. | : |
| | : |
| WALTER PUGH, | : MOTION TO CONTINUE SENTENCING |
|     Defendant. | : HEARING |

NOW COMES the Defendant, by and through counsel, and hereby moves this Honorable Court to continue the sentencing scheduled for February 3, 2006. Counsel makes this request for the reason that he just received the initial Presentence Report prepared in this matter on January 30, 2006. Counsel will need to travel to the Boone County Detention Center to review this with his client in order to prepare any objections. Said objections are due on or before February 14, 2006. Therefore, Mr. Pugh cannot be sentenced before that time.

WHEREFORE, counsel respectfully requests a continuance of the sentencing for the reasons set forth above.

Respectfully submitted,
**S/William R. Gallagher**
WILLIAM R. GALLAGHER (0064683)
Attorney for Defendant
Arenstein & Gallagher
The Citadel
114 East Eighth Street
Cincinnati, Ohio 45202
(513) 651-5666
Fax: (513) 651-5688
E-mail: WRG35@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Assistant U.S. Attorney.

**S/William R. Gallagher**
WILLIAM R. GALLAGHER