# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | CASE NO. 1:02CR-54 |
| Plaintiff, : | (Judge Bunning) |
| vs. : | |
| : | **ORDER** |
| WALTER PUGH, ET AL. : | |
| Defendants : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court on Defendants' Motions to Continue Sentencing date (Docs. #154, #155), and the Court being otherwise sufficiently advised;

**IT IS ORDERED as follows:**

1. That Defendants' Motions (Docs. #154, #155) be, and are, hereby **granted**.

2. That the Sentencing date scheduled for February 3, 2006 is hereby **rescheduled for February 21, 2006 at 5:00 p.m. in Cincinnati, Ohio in Courtroom 7, Room 117**.

This __31st__ day of January, 2006.



Signed By:
David L. Bunning
United States District Judge