**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 1:02CR-54** |
| **Plaintiff,** | : | **(Judge Bunning)** |
| | : | |
| **vs.** | : | |
| | : | **ORDER** |
| **WALTER PUGH** | : | |
| **TYREECE PUGH** | : | |
| **Defendants,** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Defendants, by counsel, having requested a brief continuance of the

Sentencing, and the Court being advised that Defendant Walter Pugh's objections to the

presentence report were erroneously forwarded to the wrong probation officer, and the

Court being otherwise sufficiently advised, **IT IS ORDERED** that the Sentencing date

scheduled for February 22, 2006 is hereby **rescheduled for March 9, 2006 at 1:00 p.m.**

**in Cincinnati, Ohio in Courtroom 7, Room 117**.

This ___22nd___ day of February, 2006.



Signed By:
_David L. Bunning_
United States District Judge

G:\DATA\US.SDOH\Pugh\54-2nd Reschedule Sent.wpd