UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
PROBATION OFFICE

110 POTTER STEWART COURTHOUSE
100 EAST 5TH STREET
CINCINNATI, OH 45202-3980

PRESENTENCE REPORT TRANSMITTAL

TO: Honorable David Bunning
Visiting United States District Judge
Eastern District of Kentucky (Covington)

FROM: Lisa Hannan Egner
United States Probation Officer

SUBJECT: **PUGH, Walter Meade, Jr.**
**Docket No. CR 1-02-054-001**
**Final Presentence Report**

DATE: February 21, 2006

The Final Presentence Report and any necessary addenda are herewith submitted to the Court.

Defense Counsel and Counsel for the Government are being provided with a copy of the final Presentence Investigation Report.

cc: District Court Clerk