# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| United States of America | : |
| Plaintiff | : |
| | : Case No. CR-1-02-54 |
| v. | : District Judge David L. Bunning |
| Walter M. Pugh, Jr. & | : |
| Tyreese D. Pugh | : |
| Defendants | : |

Due to a scheduling conflict with the Court's calendar;

**IT IS ORDERED** that the Sentencings scheduled for March 9, 2006 at 1:00 p.m. shall be heard the same day at 2:00 p.m.

This __1st__ day of March, 2006.



Signed By:
David L. Bunning
United States District Judge