UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CRIMINAL MINUTES - SENTENCING

CINCINNATI _____ Case No. 1:02-54-DLB _____ At ___CINCINNATI___ Date_3/9/06_

U.S.A. vs WALTER M. PUGH _____  X _present  X _custody ___bond ___OR

DOCKET ENTRY:
Defendant's objections as to role offense enhancement and restitution are OVERRULED. Legal argument presented and ruling made on the record. Clerk of Court advised to file Notice of Appeal per request made by defendant in open court. Attorney for defendant, William Gallagher, shall facilitate the delivery of any personal items of Walter M. Pugh from his present location to the institution designated.

Signed By:
David L. Bunning
DAVID L. BUNNING
UNITED STATES DISTRICT JUDGE
United States District Judge

PRESENT: HON. ___DAVID L. BUNNING_____, JUDGE

Tammy Dallas _____    Lisa Wiesman ____    Amul L. Thapar and Anthony Springer
Deputy Clerk             Court Reporter       Assistant U.S. Attorney

        Counsel for Deft William Gallagher ___present __retained _x_appointed

PROCEEDINGS:  SENTENCING

X_ Objections to Presentence Report ruled on per findings made in the record.

____No objections to Presentence Report.

____The Court Reporter shall transcribe the proceeding of the hearing on the
        Objections to the Presentence Report and in the record.

____Transcript shall be deemed as written findings of Court.

X__Judgment shall be entered (See Judgment & Commitment.)

X_Court's Advice of Right to Appeal read to defendant and acknowledged by defendant
  Walter M. Pugh in open court.

____Defendant to remain on bond, and on conditions of release.

X__Defendant remanded to custody.

Copies: USA, USPO, USM, Gallagher                Initials of Deputy Clerk _ted_

| TIC | | 30 |
| --- | --- | --- |