No. 06-3521

**FILED**

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

MAY 0 2 2006

LEONARD GREEN, Clerk

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff-Appellee, | ) | |
| v. | ) | O R D E R |
| Walter M. Pugh, | ) | |
| Defendant-Appellant. | ) | |

Upon consideration of the motion of William R. Gallagher to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be, and it hereby is **GRANTED**. The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

ENTERED PURSUANT TO RULE 45(a)
SIXTH CIRCUIT RULES

Leonard Green, Clerk

*Leonard Green/rld*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By: [signature]
Deputy Clerk

**LEONARD GREEN**
**CLERK**

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

**ROBIN DUNCAN**
(513) 564-7027
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: May 2, 2006

William R. Gallagher
Arenstein & Gallagher
114 E. Eighth Street
Cincinnati, OH 45202

Amul R. Thapar
U.S. Attorney's Office
221 E. Fourth Street
Atrium II Building
Cincinnati, OH 45202

RE: 06-3521
USA vs. Pugh
District Court No. 02-00054

Dear Counsel,

Enclosed is a copy of an order which was entered today in the above-styled case.

Very truly yours,
Leonard Green, Clerk

Robin Duncan
Case Manager

Enclosure

Certified Copy to:

Honorable David L. Bunning
Mr. James Bonini