No. 06-3521

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

OCT 26 2006

**LEONARD GREEN, Clerk**

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff-Appellee, ) | |
| ) | |
| v.   ) | O R D E R |
| ) | |
| Walter M. Pugh, ) | |
| ) | |
| Defendant-Appellant. ) | |

Upon consideration of the motion of Thomas W. Jacobs to withdraw as counsel for the appellant, and the motion of pro se appellant Walter M. Pugh to have counsel Thomas W. Jacobs withdraw as counsel,

It is **ORDERED** that the motions are **GRANTED**. The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

ENTERED PURSUANT TO RULE 45(a)
SIXTH CIRCUIT RULES

Leonard Green, Clerk

*Leonard Green/rel*

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

ROBIN OUNCAN
(513) 564-7027
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: October 26, 2006

Thomas W. Jacobs
Lutz, Cornetet, Meyer & Rush
123 Boggs Lane
Cincinnati, OH  45246

Anthony Springer
U.S. Attorney's Office
Southern District of Ohio
221 E. Fourth Street
Suite 400
Cincinnati, OH  45202

RE: 06-3521
    USA vs. Pugh
    District Court No. 02-00054

Dear Counsel,

   Enclosed is a copy of an order which was entered today in the above-styled case.

Very truly yours,
Leonard Green, Clerk

Robin Duncan
Case Manager

Enclosure

cc:
    Honorable David L. Bunning
    Mr. James Bonini
    Walter M. Pugh