UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 06-3521

Filed: May 01, 2008

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

WALTER M. PUGH,

    Defendant - Appellant

MANDATE

Pursuant to the court's disposition that was filed 04/09/2008 the mandate for this case hereby issues today.

COSTS:  NO COSTS TAXED

Filing Fee ........................$
Printing ...........................$

    Total ....................$

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Leonard Green  
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 01, 2008

Mr. James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000

Re: Case No. 06-3521, *USA v. Pugh*
Originating Case No. : 02-00054

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Robin Duncan
Case Manager
Direct Dial No. 513-564-7027
Fax No. 513-564-7098

cc: Mr. Christopher K. Barnes
    Mr. Kenneth P. Tableman
    Honorable David L. Bunning

Enclosure

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000