02-00054 *Robin*
Cincinnati
Banning
MAY 21 2008 Clerk

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

06-3521

William K. Suter
Clerk of the Court
(202) 479-3011

May 16, 2008

**FILED**

MAY 2 1 2008

LEONARD GREEN, Clerk

08 MAY 23 PM 4:06

LEONA

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

Re:  Walter M. Pugh, Jr.
     v. United States
     No. 07-10941
     (Your No. 06-3521)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 13, 2008 and placed on the docket May 16, 2008 as No. 07-10941.

Sincerely,

**William K. Suter**, Clerk

by

Ruth Jones
Case Analyst