02-00054

Cincinnati

Bunning

06-3521

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

June 16, 2008

William K. Suter
Clerk of the Court
(202) 479-3011

FILED

JUN 2 0 2008

LEONARD GREEN, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: Walter M. Pugh, Jr.
v. United States
No. 07-10941
(Your No. 06-3521)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter, Clerk